UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

DORRELIEN FELIX and MARGALY FELIX, individually, and JONATHAN C. MOORE, as Administrator of the ESTATE OF DAVID FELIX,

                              Plaintiffs,

   - against -

THE CITY OF NEW YORK, a municipal entity; HAROLD CARTER and VINCENTE MATIAS, individually and in their official capacities as New York City Police Detectives; the BRIDGE INC., a domestic not-for-profit organization; and JANE DOE (as of yet unidentified employee of the BRIDGE),

                              Defendants.

------------------------------------------------------------------- X

**NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

No. 16-cv-5845 (AJN)

**PLEASE TAKE NOTICE** that pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to file a Second Amended Complaint, and granting such and other relief as this Court determines is just and proper, for the reasons stated in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Their Second Amended Complaint, dated December 4, 2017, and the Declaration of Luna Droubi in Support of Plaintiffs' Motion for Leave to File Their Second Amended Complaint, dated December 4, 2017, and based on all of the foregoing documents and pleadings file in this matter.

Dated: New York, NY
December 4, 2017

             Respectfully submitted,

             _____
             Luna Droubi
             Jonathan C. Moore
             BELDOCK LEVINE & HOFFMAN LLP
             99 Park Avenue, PH Suite
             New York, New York 10016

             *Attorneys for Plaintiff Beth Bogart*

To: Brian Francolla
   Matthew Modafferi
   Joshua Lax
   New York City Law Department
   100 Church Street
   New York, NY 10007
   *Attorneys for Defendants City of New York, Carter, and Matias*

   Jeffrey Marshall
   Amy Weissman
   Lauren Turkel
   Marshall, Conway & Bradley, P.C.
   45 Broadway
   New York, New York 10006
   *Attorneys for the Bridge*