# EXHIBIT 4

 

# FELIX, DAVID
## I-CARD: I2015013017
## PERPETRATOR-PROBABLE CAUSE TO ARREST

### I-Card Data

- **I-Card Date:** 4/24/2015
- **Complaint Command:** 0026
- **Complaint#:** 201501130
- **CMD Case Number:** 58
- **Sought As:** PERPETRATOR-PROBABLE CAUSE TO ARREST
- **Precaution:**
- **Address:** 538 EAST 6 STREET, MANHATTAN, NY-10009
- **Narrative:** 1250 EAST 229 STREET BRONX NEW YORK  UNK

### Person Info



- **Gender:** MALE
- **Race:** BLACK
- **Hair:**
- **Eyes:** BROWN
- **Height:** 5' 08"
- **Weight:** 180
- **Date of Birth:** 11/12/1990

**NYSID# : 02630979L**

### Submitting Officer

- **Name:** HAROLD CARTER
- **Tax ID:** 905914
- **Command:** 026 DET SQUAD

### Charge

- **Charge Desc:** ROB-2ND:CAUSES PHYSICAL INJURY
- **Law:** PL
- **Article Section:** 16010
- **Subsection:** 02A
- **Category:** F
- **Class:** C
- **Degree:** 2
- **Attemp Indicator:** N


EXHIBIT
PlES7
MF 5/7/18

DEF 667