UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORRELIEN FELIX and MARGALY FELIX, individually, and JONATHAN C. MOORE, as Administrator of the ESTATE OF DAVID FELIX,

       Plaintiffs,

- against -

THE CITY OF NEW YORK, a municipal entity; HAROLD CARTER and VINCENTE MATIAS, individually and in their official capacities as New York City Police Detectives; the BRIDGE INC., a domestic not-for-profit organization; and JANE DOE (as of yet unidentified employee of the BRIDGE),

       Defendants.

**DECLARATION OF LUNA DROUBI IN OPPOSITION TO DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

No. 16-cv-5845 (AJN)

LUNA DROUBI, an attorney duly admitted to practice law in the State of New York and in this court, declares under penalty of perjury:

1.  I am a partner at Beldock Levine & Hoffman LLP, attorneys for Plaintiffs and am well-familiar with the facts of this case. I submit this declaration in opposition to Defendants' second Partial Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

2.  On February 4, 2019, I submitted a declaration in opposition to Defendants' first Partial Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

3.  I again reference Exhibits 1 to 24 as identified in my prior declaration for purposes of this Motion. (Dkt. No. 113.)

4.  Annexed hereto are true and accurate copies of the following additional exhibits:

Exhibit 25:  Defendants' Responses and Objections to Plaintiffs' First Set of *Monell* Interrogatories, Demands for Production of Documents to the City Defendants

1

Exhibit 26: Excerpts from the August 8, 2019 deposition of Chief Theresa Tobin

Exhibit 27: Patrol Guide Procedure Number 221-13, "Mentally Ill or Emotionally Disturbed Persons," effective November 28, 2018

Exhibit 28: Patrol Guide Procedure Number 216-05, "Mentally Ill or Emotionally Disturbed Persons," effective August 1, 2013

Exhibit 29: Patrol Guide Procedure Number 216-05, "Mentally Ill or Emotionally Disturbed Persons," effective January 1, 2000

Exhibit 30: Excerpts from Policing the Emotionally Disturbed PowerPoint Presentations from 2013 through 2015

Exhibit 31: Excerpts from Police Student's Guide, Policing the Emotionally Disturbed, January 2008

Exhibit 32: Putting Training into Practice: A Review of NYPD's Approach to Handling Interactions with People in Mental Crisis, NYPD Office of the Inspector General, January 2017

Exhibit 33: Instructor's Guide to Policing the Emotionally Disturbed, July 2012

Exhibit 34: Excerpts from Instructor's Guide to Policing the Emotionally Disturbed, 2008 through 2014

Exhibit 35: Expert Report of Grace Telesco, Ph.D.

Exhibit 36: Excerpts from Instructor's Guide, EDP Workshop at John Jay College, 2010-2014

Exhibit 37: NYPD Training Transcripts of Detectives Harold Carter and Vincente Matias

Exhibit 38: Excerpts from the October 23, 2019 Deposition of Captain James Fulton

Exhibit 39: Final Firearms Discharge Report for the Shooting of Gideon Busch, dated March 1, 2002

Exhibit 40: Final Firearms Discharge Report for the Shooting of Khiel Coppin, dated August 8, 2008

Exhibit 41: Final Firearms Discharge Report for the Shooting of Mohammed Bah, dated December 20, 2013

Exhibit 42: List of Force Investigation Division Reports Regarding EDPs from 2015 to 2017

Dated: New York, New York
April 20, 2020

Respectfully submitted,

_____
Luna Droubi