# EXHIBIT 30

PowerPoint — Policing the Emotionally Disturbed

1/2013

DEF 6101

# POLICING THE EMOTIONALLY DISTURBED

# LEARNING OBJECTIVES

- ◆ IDENTIFY SPECIFIC MENTAL DISORDERS BASED ON CLASSROOM DISCUSSION.

- ◆ IDENTIFY AND RECOGNIZE EMOTIONALLY DISTURBED PERSONS AS PER CLASSROOM DISCUSSION.

- ◆ EXPLAIN AND DESCRIBE HOW TO DEAL WITH EMOTIONALLY DISTURBED PERSONS (EDP'S) BASED ON CLASSROOM DISCUSSION AND PATROL GUIDE.

# LEARNING OBJECTIVES

- ◆ IDENTIFY THE LEGAL ISSUES REGARDING MENTAL ILLNESS.

- ◆ EXPLAIN THE PROCEDURES PERTAINING TO MOBILE CRISIS OUTREACH TEAMS AND ASSERTIVE COMMUNITY TREATMENT TEAMS AND THE PROPER USE OF A LIFE NET REFERRAL.

- ◆ PROPERLY PREPARE AN AIDED REPORT WORKSHEET FOR AN EMOTIONALLY DISTURBED PERSON.

# Emotionally Disturbed Persons

- **NYPD patrol officers are dispatched to reports of EDPs many times a day**

- **Other officers encounter EDPs independent of the radio dispatcher while on patrol**

# Emotionally Disturbed Persons

- **Most EDP calls turn out to involve people who are neither a danger to themselves or others**

- **Nevertheless, some cases *are* dangerous or could quickly become dangerous if improperly handled**

DEF 6107

# Emotionally Disturbed Persons

- **Our responsibility as police officers is to get such people to mental health professionals**

- **While doing this we must also protect the lives and safety of EDPs as well as other innocent people, including ourselves**

# Emotionally Disturbed Persons

- **Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity**

- **Thoughtless or hasty police actions may quickly make things worse**

# Emotionally Disturbed Persons

- **It is essential that officers know how to recognize EDPs and how to avoid actions that might agitate them**

# Recognizing Emotionally Disturbed Persons:

- **Recognizing and properly handling situations involving EDPs is critical to your safety and the safety of others — including the EDP**

- **Officers must recognize that EDPs have little or no control of their actions**

# Reasons Why Persons Act In An Emotionally Disturbed Manner:

- **Mental illness**
- **The influence of alcohol or chemical substances**
- **A medical condition (such as Alzheimer's disease)**
- **The experience of an extremely stressful situation**

# MENTAL ILLNESS

# What Is Mental Illness?

- **Mental illness can range from chronic mild forms to life-threatening disorders**

- **Mental disorders are illnesses that affect a person's thinking, feelings, or behavior**

# What Is Mental Illness?

- **Adults and children may experience symptoms of mental illness when experiencing stressful events**

- **The causes of most mental disorders are unknown, but they appear to be biological and environmental**

# What Is Mental Illness?

- **Psychiatric illness affects people of all races, ethnic backgrounds and social classes**

- **One in five families in America is affected by mental illness**

# What Is Mental Illness?

- **One fifth of Americans suffer from a diagnosable mental disorder during any given year.**

- **The vast majority of individuals with mental disorders continue to function in their daily lives, although with varying impairments.**

# What Is Mental Illness?

- **The average age-of-onset for mental illness is 14 years old.**

- **Mental disorders are common in the U.S.: in any given year approximately one quarter of adults are diagnosable for one or more disorders.**

- **In 2008 13.4 percent of adults in the U.S. received treatment for a mental disorder.**

# Recognizing Emotionally Disturbed Persons:

- **EDPs often exhibit behavior patterns and verbal indicators that seem inappropriate, inflexible, or impulsive**

DEF 6119

# Typical Behaviors of EDPs

**Inappropriate physical appearance:**

- **Disheveled or bizarre physical appearance**

- **Inappropriate for the environment**

# Typical Behaviors of EDPs

**Inappropriate body movements:**

- **Strange posture or mannerisms**

# Typical Behaviors of EDPs

**Inappropriate moods or rapid mood swings:**

- **There may be rapid mood swings from elation to depression**

- **Overreacting to a situation in an overly angry or frightened way**

# Typical Behaviors of EDPs

**Inappropriate moods or rapid mood swings:**

- **Speech patterns that lack normal emotion or that contain uncontrollable bursts of emotion**

- **Expressed feelings of persecution**

- **Obsessive thoughts or a preoccupation with subjects such as death or guilt**

# Environmental Indicators

• **Inappropriate decorations (strange trimmings, inappropriate use of household items)**

• **Inappropriate waste or trash (hoarding extraordinary amounts of household items, the presence of feces or urine on floors or walls)**

# Typical Behaviors of EDPs

**Disturbances in perception:**

- **Responding to voices or objects that are not there**

- **Expressions of grandiose ideas**

- **Hallucinations, delusions, or other false beliefs**

# Typical Behaviors of EDPs

**Disturbances in perception:**

- **Major memory lapses, confusion, or unawareness of people or surroundings**

- **Rapid shifts in subject matter that seem incoherent**

# Typical Behaviors of EDPs

**Disturbances in thought:**

- **It's hard to follow the EDPs train of thought**

- **He may jump from subject to subject in a manner that appears incoherent**

- **His speech may be difficult or impossible to interrupt**

# Typical Behaviors of EDPs

- **Acting or threatening to cause injury to self or others**

# E.D.P. - NYPD Definition

**<u>Emotionally Disturbed Person</u> (EDP) - A person who appears to be mentally ill or temporarily deranged <u>and</u>...**

- **Is conducting him/herself in a manner which a police officer *reasonably believes* is likely to result in serious injury to himself or others.**

# Zone of Safety

- **Officers should maintain a "zone of safety," which should be greater than the effective range of the weapon (other than a firearm) possessed by the EDP**

- **A minimum distance of _TWENTY (20) FEET_ is recommended**

- **Attempt to maintain the "zone of safety" if EDP does not remain stationary**

# NYPD Policy Dealing With EDPs

- **Establish police lines, which allow us to establish safe distances between the EDP and rescue workers, protect innocent bystanders, and afford the EDP a high level of dignity**

# NYPD Policy Dealing With EDPs

- **If an EDP is armed or violent, no attempt will be made to take him into custody without the specific direction of a supervisor *unless* there is an immediate threat of physical harm to the EDP or others present**

DEF 6134

# NYPD Policy Dealing With EDPs

- **Where possible, officers should take cover, utilize protective shielding, and request additional personnel, if necessary.**

# Operations Order 59 of 2008

- **When a UMOS respond to a 10-10 shots fired, 10-34 (Assault), 10-52 (Dispute) involving family/inside with or without weapons; central will advise unit if there have been 3 or more prior confirmed 10-54E (EDP) calls at location.**

# Operations Order 59 of 2008

- **If confirmed, Central will automatically notify Patrol Supervisor and ESU to such location.**

- **UMOS responding to a pickup of a 10-54E (EDP) jobs will check with central  to verify if location has a prior history**

# NYPD Policy Dealing With EDPs

**Three possible situations:**

1. **EDP constitutes an immediate threat of SPI or death**

2. **EDP is unarmed, non-violent and willing to leave voluntarily**

3. **EDP does not pose an immediate threat, but is unwilling to leave voluntarily**

DEF 6138

# NYPD Policy Dealing With EDPs

- **In situations in which an EDP's actions constitute an immediate threat of SPI or death to himself or others present, you must act immediately and take reasonable measures to prevent or terminate such behavior**

- **DPF may be used only as a last resort to protect the life of persons present**

# NYPD Policy Dealing With EDPs

- **Damaging property does <u>not</u> necessarily constitute an immediate threat of SPI or death**

# NYPD Policy Dealing With EDPs

- **Unarmed + non-violent + willing to leave voluntarily = You may take them into custody without the direction of a supervisor**

# NYPD Policy Dealing With EDPs

- **EDPs who are unarmed, pose no immediate threat but are <u>not</u> willing to leave voluntarily:**

- **In situations in which an EDP's actions pose no immediate threat, but they are not willing to leave voluntarily, attempt to isolate and contain the EDP while maintaining a zone of safety**

# Handling Emotionally Disturbed Persons:

- **Treat EDPs with patience and understanding**

- **Never use force or threat of force _unless_ unless there is no other way to protect life against imminent danger**

# Handling Emotionally Disturbed Persons:

- **Keep a safe distance away from EDPs and avoid putting yourself in harm's way**

- **Avoid dealing with EDPs alone — call for back-up**

- **When possible, have back-up officers respond quietly**

# Handling Emotionally Disturbed Persons:

- **Supervisors are required to respond to *all* EDP calls**

- **However, if an EDP is unarmed, non-violent and willing to leave voluntarily, you may take the EDP into custody without the specific direction of a supervisor**

# Handling Emotionally Disturbed Persons:

- **The contact officer should make it plain to the EDP that the police want to help him and the way to accomplish this is for the EDP to put down any weapon and to come to the police for help**

# Handling Emotionally Disturbed Persons:

- **Officers should take as much time as necessary to take the EDP into custody**

- **ESU officers, who have special training and equipment , will be automatically dispatched to jobs involving EDPs**

# Handling Emotionally Disturbed Persons:

- **Never confine EDPs (or other persons) in facedown, prone positions for longer than it takes to handcuff them (Positional Asphyxia)**

- **EDPs who have been cleared for release by mental health professionals should be arrested and charged with crimes that they committed**

# Handling Emotionally Disturbed Persons:

- **Whenever a person who is about to be arrested is acting irrationally or violently, the PG procedure for handling mentally ill or emotionally disturbed persons will be instituted**

# Handling Emotionally Disturbed Persons:

- **Under no circumstance will an EDP be removed to a police facility**

- **Prisoners suffering from "cocaine psychosis" will be brought to an appropriate hospital facility**

# SPECIFIC MENTAL DISORDERS

**(APPENDIX "A")**

# Panic Disorder

- **Sudden and repeated attacks of fear that last for several minutes.**

- **Characterized by fear of disaster or losing control.**

# Psychosis

- **Hallucinations**

- **Delusions**

# Paranoia

- **People plotting against them**

- **Appear normal**

# Mania

- **Elevated but irritable mood**
- **Talkative**
- **Euphoria**
- **Impulse control problems**

# Depression

- **Low-self esteem**
- **Sleeping problems**
- **Lack of emotions**
- **Feeling sad or empty**
- **Feeling very tired**
- **Thoughts of suicide**

# Manic depression or bipolar

- **Mood swings between depression and elation**
- **May damage relationships**
- **Hard to go to school and work**

# Schizophrenia

- **Pattern of bizarre conduct**
- **Illogical speech or thought**
- **disheveled appearance**
- **Hostility and belligerence**

Powerpoint - Portary the Emotionally Disturbed          7/13

DEF 6669

# POLICING THE EMOTIONALLY DISTURBED

# **LEARNING OBJECTIVES**

- ◆ **IDENTIFY SPECIFIC MENTAL DISORDERS BASED ON CLASSROOM DISCUSSION.**

- ◆ **IDENTIFY AND RECOGNIZE EMOTIONALLY DISTURBED PERSONS AS PER CLASSROOM DISCUSSION.**

- ◆ **EXPLAIN AND DESCRIBE HOW TO DEAL WITH EMOTIONALLY DISTURBED PERSONS (EDP'S) BASED ON CLASSROOM DISCUSSION AND PATROL GUIDE.**

# LEARNING OBJECTIVES

- IDENTIFY THE LEGAL ISSUES REGARDING MENTAL ILLNESS.

- EXPLAIN THE PROCEDURES PERTAINING TO MOBILE CRISIS OUTREACH TEAMS AND ASSERTIVE COMMUNITY TREATMENT TEAMS AND THE PROPER USE OF A LIFE NET REFERRAL.

- PROPERLY PREPARE AN AIDED REPORT WORKSHEET FOR AN EMOTIONALLY DISTURBED PERSON.

DEF 6673

# Emotionally Disturbed Persons

- **NYPD patrol officers are dispatched to reports of EDPs many times a day**

- **Other officers encounter EDPs independent of the radio dispatcher while on patrol**

# Emotionally Disturbed Persons

- **Most EDP calls turn out to involve people who are neither a danger to themselves or others**

- **Nevertheless, some cases *are* dangerous or could quickly become dangerous if improperly handled**

# Emotionally Disturbed Persons

- **Our responsibility as police officers is to get such people to mental health professionals**

- **While doing this we must also protect the lives and safety of EDPs as well as other innocent people, including ourselves**

# Emotionally Disturbed Persons

- **Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity**

- **Thoughtless or hasty police actions may quickly make things worse**

# Emotionally Disturbed Persons

- **It is essential that officers know how to recognize EDPs and how to avoid actions that might agitate them**

# Recognizing Emotionally Disturbed Persons:

- **Recognizing and properly handling situations involving EDPs is critical to your safety and the safety of others — including the EDP**

- **Officers must recognize that EDPs have little or no control of their actions**

# Reasons Why Persons Act In An Emotionally Disturbed Manner:

- **Mental illness**
- **The influence of alcohol or chemical substances**
- **A medical condition (such as Alzheimer's disease)**
- **The experience of an extremely stressful situation**

# MENTAL ILLNESS

# What Is Mental Illness?

- **Mental illness can range from chronic mild forms to life-threatening disorders**

- **Mental disorders are illnesses that affect a person's thinking, feelings, or behavior**

# What Is Mental Illness?

- **Adults and children may experience symptoms of mental illness when experiencing stressful events**

- **The causes of most mental disorders are unknown, but they appear to be biological and environmental**

# What Is Mental Illness?

- **Psychiatric illness affects people of all races, ethnic backgrounds and social classes**

- **One in five families in America is affected by mental illness**

# What Is Mental Illness?

- **One fifth of Americans suffer from a diagnosable mental disorder during any given year.**

- **The vast majority of individuals with mental disorders continue to function in their daily lives, although with varying impairments.**

# What Is Mental Illness?

- The average age-of-onset for mental illness is 14 years old.

- Mental disorders are common in the U.S.: in any given year approximately one quarter of adults are diagnosable for one or more disorders.

- In 2008 13.4 percent of adults in the U.S. received treatment for a mental disorder.

# Recognizing Emotionally Disturbed Persons:

- **EDPs often exhibit behavior patterns and verbal indicators that seem inappropriate, inflexible, or impulsive**

# Typical Behaviors of EDPs

**Inappropriate physical appearance:**

- **Disheveled or bizarre physical appearance**

- **Inappropriate for the environment**

# Typical Behaviors of EDPs

**Inappropriate body movements:**

- **Strange posture or mannerisms**

# Typical Behaviors of EDPs

**Inappropriate moods or rapid mood swings:**

- **There may be rapid mood swings from elation to depression**

- **Overreacting to a situation in an overly angry or frightened way**

# Typical Behaviors of EDPs

**Inappropriate moods or rapid mood swings:**

- **Speech patterns that lack normal emotion or that contain uncontrollable bursts of emotion**
- **Expressed feelings of persecution**
- **Obsessive thoughts or a preoccupation with subjects such as death or guilt**

# Environmental Indicators

- **Inappropriate decorations (strange trimmings, inappropriate use of household items)**

- **Inappropriate waste or trash (hoarding extraordinary amounts of household items, the presence of feces or urine on floors or walls)**

# Typical Behaviors of EDPs

**Disturbances in perception:**

- **Responding to voices or objects that are not there**

- **Expressions of grandiose ideas**

- **Hallucinations, delusions, or other false beliefs**

# Typical Behaviors of EDPs

**Disturbances in perception:**

- **Major memory lapses, confusion, or unawareness of people or surroundings**

- **Rapid shifts in subject matter that seem incoherent**

# Typical Behaviors of EDPs

**Disturbances in thought:**

- **It's hard to follow the EDPs train of thought**

- **He may jump from subject to subject in a manner that appears incoherent**

- **His speech may be difficult or impossible to interrupt**

# Typical Behaviors of EDPs

- **Acting or threatening to cause injury to self or others**

# Police Handling of EDPs

- **Police encounters with mentally ill persons first became a major issue in the late 1960s when a *deinstitutionalization movement* began**

- **It became more difficult to institutionalize people against their will**

# E.D.P. - NYPD Definition

**<u>Emotionally Disturbed Person</u>** **(EDP) -**
**A person who appears to be mentally**
**ill or temporarily deranged <u>and</u>...**

- **Is conducting him/herself in a manner which a police officer *reasonably believes* is likely to result in serious injury to himself or others.**

DEF 6698

# Zone of Safety

- **Officers should maintain a "zone of safety," which should be greater than the effective range of the weapon (other than a firearm) possessed by the EDP**

- **A minimum distance of *TWENTY (20) FEET* is recommended**

- **Attempt to maintain the "zone of safety" if EDP does not remain stationary**

# NYPD Policy Dealing With EDPs

- **Establish police lines, which allow us to establish safe distances between the EDP and rescue workers, protect innocent bystanders, and afford the EDP a high level of dignity**

# NYPD Policy Dealing With EDPs

- **Where possible, officers should take cover, utilize protective shielding, and request additional personnel, if necessary.**

# NYPD Policy Dealing With EDPs

- **If an EDP is armed or violent, no attempt will be made to take him into custody without the specific direction of a supervisor *unless* there is an immediate threat of physical harm to the EDP or others present**

# Bringing the EDP into Custody

**Three possible situations:**

1. **EDP constitutes an immediate threat of SPI or death**

2. **EDP is unarmed, non-violent and willing to leave voluntarily**

3. **EDP does not pose an immediate threat, but is unwilling to leave voluntarily**

# Bringing the EDP into Custody

**1. In situations in which an EDP's actions constitute an immediate threat of SPI or death to himself or others present, you must act immediately and take reasonable measures to prevent or terminate such behavior**

**\*DPF may be used only as a last resort to protect the life of persons present**

# Bringing the EDP into Custody

**\*Damaging property does <u>not</u> necessarily constitute an immediate threat of SPI or death**

# Bringing the EDP into Custody

**2. Unarmed + non-violent + willing to leave voluntarily = You may take them into custody without the direction of a supervisor**

# Bringing the EDP into Custody

**3. EDPs who are unarmed, pose no immediate threat but are <u>not</u> willing to leave voluntarily:**

- **In situations in which an EDP's actions pose no immediate threat, but they are not willing to leave voluntarily, attempt to isolate and contain the EDP while maintaining a zone of safety**

# Proper Tactics When Handling EDP's

- **Treat EDPs with patience and understanding**

- **Never use force or threat of force *unless* unless there is no other way to protect life against imminent danger**

# Proper Tactics When Handling EDP's

- **Keep a safe distance away from EDPs and avoid putting yourself in harm's way**

- **Avoid dealing with EDPs alone — call for back-up**

- **When possible, have back-up officers respond quietly**

# Proper Tactics When Handling EDP's

- **Supervisors are required to respond to *all* EDP calls**

- **However, if an EDP is unarmed, non-violent and willing to leave voluntarily, you may take the EDP into custody without the specific direction of a supervisor**

# Proper Tactics When Handling EDP's

- **The contact officer should make it plain to the EDP that the police want to help him and the way to accomplish this is for the EDP to put down any weapon and to come to the police for help**

# Proper Tactics When Handling EDP's

- **Officers should take as much time as necessary to take the EDP into custody**

- **ESU officers, who have special training and equipment , will be automatically dispatched to jobs involving EDPs**

# Proper Tactics When Handling EDP's

- **Never confine EDPs (or other persons) in facedown, prone positions for longer than it takes to handcuff them (Positional Asphyxia)**

- **EDPs who have been cleared for release by mental health professionals should be arrested and charged with crimes that they committed**

# Proper Tactics When Handling EDP's

- **Whenever a person who is about to be arrested is acting irrationally or violently, the PG procedure for handling mentally ill or emotionally disturbed persons will be instituted**

# Proper Tactics When Handling EDP's

- **Under no circumstance will an EDP be removed to a police facility**

- **Prisoners suffering from "cocaine psychosis" will be brought to an appropriate hospital facility**

# SPECIFIC MENTAL DISORDERS

**(APPENDIX "C")**

# Panic Disorder

- **Sudden and repeated attacks of fear that last for several minutes.**

- **Characterized by fear of disaster or losing control.**

# Psychosis

- **Hallucinations**

- **Delusions**

# Paranoia

- **People plotting against them**

- **Appear normal**

# Mania

- **Elevated but irritable mood**
- **Talkative**
- **Euphoria**
- **Impulse control problems**

# Depression

- **Low-self esteem**
- **Sleeping problems**
- **Lack of emotions**
- **Feeling sad or empty**
- **Feeling very tired**
- **Thoughts of suicide**

# Manic depression or bipolar

- **Mood swings between depression and elation**
- **May damage relationships**
- **Hard to go to school and work**

# Schizophrenia

- Pattern of bizarre conduct
- Illogical speech or thought
- disheveled appearance
- Hostility and belligerence

# THE
# END

PowerPoint - POLLING The Emotionally Disturbed                    1/14

DEF 7236

l' 4

# POLICING THE EMOTIONALLY DISTURBED

# LEARNING OBJECTIVES

- **IDENTIFY SPECIFIC MENTAL DISORDERS BASED ON CLASSROOM DISCUSSION.**

- **IDENTIFY AND RECOGNIZE EMOTIONALLY DISTURBED PERSONS AS PER CLASSROOM DISCUSSION.**

- **EXPLAIN AND DESCRIBE HOW TO DEAL WITH EMOTIONALLY DISTURBED PERSONS (EDP'S) BASED ON CLASSROOM DISCUSSION AND PATROL GUIDE.**

# **LEARNING OBJECTIVES**

- ◆ IDENTIFY THE LEGAL ISSUES REGARDING MENTAL ILLNESS.

- ◆ EXPLAIN THE PROCEDURES PERTAINING TO MOBILE CRISIS OUTREACH TEAMS AND ASSERTIVE COMMUNITY TREATMENT TEAMS AND THE PROPER USE OF A LIFE NET REFERRAL.

- ◆ PROPERLY PREPARE AN AIDED REPORT WORKSHEET FOR AN EMOTIONALLY DISTURBED PERSON.

# Emotionally Disturbed Persons

- **NYPD patrol officers are dispatched to reports of EDPs many times a day**

- **Other officers encounter EDPs independent of the radio dispatcher while on patrol**

# Emotionally Disturbed Persons

- **Most EDP calls turn out to involve people who are neither a danger to themselves or others**

- **Nevertheless, some cases *are* dangerous or could quickly become dangerous if improperly handled**

# Emotionally Disturbed Persons

- **Our responsibility as police officers is to get such people to mental health professionals**

- **While doing this we must also protect the lives and safety of EDPs as well as other innocent people, including ourselves**

# Emotionally Disturbed Persons

- **Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity**

- **Thoughtless or hasty police actions may quickly make things worse**

# Emotionally Disturbed Persons

- **It is essential that officers know how to recognize EDPs and how to avoid actions that might agitate them**

# Recognizing Emotionally Disturbed Persons:

- **Recognizing and properly handling situations involving EDPs is critical to your safety and the safety of others — including the EDP**

- **Officers must recognize that EDPs have little or no control of their actions**

# Reasons Why Persons Act In An Emotionally Disturbed Manner:

- **Mental illness**
- **The influence of alcohol or chemical substances**
- **A medical condition (such as Alzheimer's disease)**
- **The experience of an extremely stressful situation**

# MENTAL ILLNESS

# What Is Mental Illness?

- **Mental illness can range from chronic mild forms to life-threatening disorders**

- **Mental disorders are illnesses that affect a person's thinking, feelings, or behavior**

# What Is Mental Illness?

- **Adults and children may experience symptoms of mental illness when experiencing stressful events**

- **The causes of most mental disorders are unknown, but they appear to be biological and environmental**

# What Is Mental Illness?

- **Psychiatric illness affects people of all races, ethnic backgrounds and social classes**

- **One in five families in America is affected by mental illness**

# What Is Mental Illness?

- **One fifth of Americans suffer from a diagnosable mental disorder during any given year.**

- **The vast majority of individuals with mental disorders continue to function in their daily lives, although with varying impairments.**

# What Is Mental Illness?

- **The average age-of-onset for mental illness is 14 years old.**

- **Mental disorders are common in the U.S.: in any given year approximately one quarter of adults are diagnosable for one or more disorders.**

- **In 2008 13.4 percent of adults in the U.S. received treatment for a mental disorder.**

# Recognizing Emotionally Disturbed Persons:

- **EDPs often exhibit behavior patterns and verbal indicators that seem inappropriate, inflexible, or impulsive**

# Typical Behaviors of EDPs

**Inappropriate physical appearance:**

- **Disheveled or bizarre physical appearance**

- **Inappropriate for the environment**

# Typical Behaviors of EDPs

**Inappropriate body movements:**

- **Strange posture or mannerisms**

# Typical Behaviors of EDPs

**Inappropriate moods or rapid mood swings:**

- **There may be rapid mood swings from elation to depression**

- **Overreacting to a situation in an overly angry or frightened way**

# Typical Behaviors of EDPs

**Inappropriate moods or rapid mood swings:**

- **Speech patterns that lack normal emotion or that contain uncontrollable bursts of emotion**

- **Expressed feelings of persecution**

- **Obsessive thoughts or a preoccupation with subjects such as death or guilt**

# Environmental Indicators

- **Inappropriate decorations (strange trimmings, inappropriate use of household items)**

- **Inappropriate waste or trash (hoarding extraordinary amounts of household items, the presence of feces or urine on floors or walls)**

# Typical Behaviors of EDPs

**Disturbances in perception:**

- **Responding to voices or objects that are not there**

- **Expressions of grandiose ideas**

- **Hallucinations, delusions, or other false beliefs**

# Typical Behaviors of EDPs

**Disturbances in perception:**

- **Major memory lapses, confusion, or unawareness of people or surroundings**

- **Rapid shifts in subject matter that seem incoherent**

# Typical Behaviors of EDPs

**Disturbances in thought:**

- **It's hard to follow the EDPs train of thought**

- **He may jump from subject to subject in a manner that appears incoherent**

- **His speech may be difficult or impossible to interrupt**

# Typical Behaviors of EDPs

- **Acting or threatening to cause injury to self or others**

# Police Handling of EDPs

- **Police encounters with mentally ill persons first became a major issue in the late 1960s when a *deinstitutionalization movement* began**

- **It became more difficult to institutionalize people against their will**

# E.D.P. - NYPD Definition

**Emotionally Disturbed Person** (EDP) - A person who appears to be mentally ill or temporarily deranged **and**...

- **Is conducting him/herself in a manner which a police officer *reasonably believes* is likely to result in serious injury to himself or others.**

# Zone of Safety

- **Officers should maintain a "zone of safety," which should be greater than the effective range of the weapon (other than a firearm) possessed by the EDP**

- **A minimum distance of _TWENTY (20) FEET_ is recommended**

- **Attempt to maintain the "zone of safety" if EDP does not remain stationary**

# NYPD Policy Dealing With EDPs

- **Establish police lines, which allow us to establish safe distances between the EDP and rescue workers, protect innocent bystanders, and afford the EDP a high level of dignity**

# NYPD Policy Dealing With EDPs

- **Where possible, officers should take cover, utilize protective shielding, and request additional personnel, if necessary.**

# NYPD Policy Dealing With EDPs

- **If an EDP is armed or violent, no attempt will be made to take him into custody without the specific direction of a supervisor *unless* there is an immediate threat of physical harm to the EDP or others present**

# Bringing the EDP into Custody

**Three possible situations:**

1. **EDP constitutes an immediate threat of SPI or death**

2. **EDP is unarmed, non-violent and willing to leave voluntarily**

3. **EDP does not pose an immediate threat, but is unwilling to leave voluntarily**

# Bringing the EDP into Custody

**1. In situations in which an EDP's actions constitute an immediate threat of SPI or death to himself or others present, you must act immediately and take reasonable measures to prevent or terminate such behavior**

**\*DPF may be used only as a last resort to protect the life of persons present**

# Bringing the EDP into Custody

**\*Damaging property does <u>not</u> necessarily constitute an immediate threat of SPI or death**

# Bringing the EDP into Custody

**2. Unarmed + non-violent + willing to leave voluntarily = You may take them into custody without the direction of a supervisor**

# Bringing the EDP into Custody

**3. EDPs who are unarmed, pose no immediate threat but are <u>not</u> willing to leave voluntarily:**

- **In situations in which an EDP's actions pose no immediate threat, but they are not willing to leave voluntarily, attempt to isolate and contain the EDP while maintaining a zone of safety**

# Proper Tactics When Handling EDP's

- **Treat EDPs with patience and understanding**

- **Never use force or threat of force *unless* unless there is no other way to protect life against imminent danger**

# Proper Tactics When Handling EDP's

- **Keep a safe distance away from EDPs and avoid putting yourself in harm's way**

- **Avoid dealing with EDPs alone — call for back-up**

- **When possible, have back-up officers respond quietly**

# Proper Tactics When Handling EDP's

- **Supervisors are required to respond to *all* EDP calls**

- **However, if an EDP is unarmed, non-violent and willing to leave voluntarily, you may take the EDP into custody without the specific direction of a supervisor**

# Proper Tactics When Handling EDP's

- **The contact officer should make it plain to the EDP that the police want to help him and the way to accomplish this is for the EDP to put down any weapon and to come to the police for help**

# Proper Tactics When Handling EDP's

- **Officers should take as much time as necessary to take the EDP into custody**

- **ESU officers, who have special training and equipment , will be automatically dispatched to jobs involving EDPs**

# Proper Tactics When Handling EDP's

- **Never confine EDPs (or other persons) in facedown, prone positions for longer than it takes to handcuff them (Positional Asphyxia)**

- **EDPs who have been cleared for release by mental health professionals should be arrested and charged with crimes that they committed**

# Proper Tactics When Handling EDP's

- **Whenever a person who is about to be arrested is acting irrationally or violently, the PG procedure for handling mentally ill or emotionally disturbed persons will be instituted**

# Proper Tactics When Handling EDP's

- **Under no circumstance will an EDP be removed to a police facility**

- **Prisoners suffering from "cocaine psychosis" will be brought to an appropriate hospital facility**

# SPECIFIC MENTAL DISORDERS

**(APPENDIX "C")**

# Panic Disorder

- **Sudden and repeated attacks of fear that last for several minutes.**

- **Characterized by fear of disaster or losing control.**

# Psychosis

- **Hallucinations**

- **Delusions**

# Paranoia

- **People plotting against them**

- **Appear normal**

# Mania

- **Elevated but irritable mood**
- **Talkative**
- **Euphoria**
- **Impulse control problems**

# Depression

- **Low-self esteem**
- **Sleeping problems**
- **Lack of emotions**
- **Feeling sad or empty**
- **Feeling very tired**
- **Thoughts of suicide**

# Manic depression or bipolar

- **Mood swings between depression and elation**
- **May damage relationships**
- **Hard to go to school and work**

# Schizophrenia

- **Pattern of bizarre conduct**
- **Illogical speech or thought**
- **disheveled appearance**
- **Hostility and belligerence**

# ANXIETY DISORDERS

# Free floating anxiety

- **Anxiety engulfs person**

# Phobias

- **Fear specifics objects or situations**

# Post Traumatic Stress Disorder

- **Relive traumatic experience**

# Aided Report Worksheet Classroom Exercise

# THE
# END

DEF 7805

PowerPoint - Policing The Emotionally Disturbed          7/2014

# POLICING THE EMOTIONALLY DISTURBED

# LEARNING OBJECTIVES

- ♦ IDENTIFY SPECIFIC MENTAL DISORDERS BASED ON CLASSROOM DISCUSSION.

- ♦ IDENTIFY AND RECOGNIZE EMOTIONALLY DISTURBED PERSONS AS PER CLASSROOM DISCUSSION.

- ♦ EXPLAIN AND DESCRIBE HOW TO DEAL WITH EMOTIONALLY DISTURBED PERSONS (EDP'S) BASED ON CLASSROOM DISCUSSION AND PATROL GUIDE.

# LEARNING OBJECTIVES

- ◆ IDENTIFY THE LEGAL ISSUES REGARDING MENTAL ILLNESS.

- ◆ EXPLAIN THE PROCEDURES PERTAINING TO MOBILE CRISIS OUTREACH TEAMS AND ASSERTIVE COMMUNITY TREATMENT TEAMS AND THE PROPER USE OF A LIFE NET REFERRAL.

- ◆ PROPERLY PREPARE AN AIDED REPORT WORKSHEET FOR AN EMOTIONALLY DISTURBED PERSON.

# Emotionally Disturbed Persons

- **NYPD patrol officers are dispatched to reports of EDPs many times a day**

- **Other officers encounter EDPs independent of the radio dispatcher while on patrol**

# Emotionally Disturbed Persons

- **Most EDP calls turn out to involve people who are neither a danger to themselves or others**

- **Nevertheless, some cases *are* dangerous or could quickly become dangerous if improperly handled**

# Emotionally Disturbed Persons

- **Our responsibility as police officers is to get such people to mental health professionals**

- **While doing this we must also protect the lives and safety of EDPs as well as other innocent people, including ourselves**

# Emotionally Disturbed Persons

- **Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity**

- **Thoughtless or hasty police actions may quickly make things worse**

# Emotionally Disturbed Persons

- **It is essential that officers know how to recognize EDPs and how to avoid actions that might agitate them**

# Recognizing Emotionally Disturbed Persons:

- **Recognizing and properly handling situations involving EDPs is critical to your safety and the safety of others — including the EDP**

- **Officers must recognize that EDPs have little or no control of their actions**

# Reasons Why Persons Act In An Emotionally Disturbed Manner:

- **Mental illness**
- **The influence of alcohol or chemical substances**
- **A medical condition (such as Alzheimer's disease)**
- **The experience of an extremely stressful situation**

# MENTAL ILLNESS

# What Is Mental Illness?

- **Mental illness can range from chronic mild forms to life-threatening disorders**

- **Mental disorders are illnesses that affect a person's thinking, feelings, or behavior**

# What Is Mental Illness?

- **Adults and children may experience symptoms of mental illness when experiencing stressful events**

- **The causes of most mental disorders are unknown, but they appear to be biological and environmental**

# What Is Mental Illness?

- **Psychiatric illness affects people of all races, ethnic backgrounds and social classes**

- **One in five families in America is affected by mental illness**

# What Is Mental Illness?

- **One fifth of Americans suffer from a diagnosable mental disorder during any given year.**

- **The vast majority of individuals with mental disorders continue to function in their daily lives, although with varying impairments.**

# What Is Mental Illness?

- **The average age-of-onset for mental illness is 14 years old.**

- **Mental disorders are common in the U.S.: in any given year approximately one quarter of adults are diagnosable for one or more disorders.**

- **In 2008 13.4 percent of adults in the U.S. received treatment for a mental disorder.**

# Recognizing Emotionally Disturbed Persons:

- **EDPs often exhibit behavior patterns and verbal indicators that seem inappropriate, inflexible, or impulsive**

# Behavior Indicators of EDP

**Inappropriate physical appearance:**

- **Disheveled or bizarre physical appearance**

- **Inappropriate for the environment**

# Behavior Indicators of EDP

**Inappropriate body movements:**

- **Strange posture or mannerisms**

# Behavior Indicators of EDP

**Disturbances in perception:**

- **Responding to voices or objects that are not there**

- **Expressions of grandiose ideas**

- **Hallucinations, delusions, or other false beliefs**

# Behavior Indicators of EDP

**Disturbances in perception:**

- **Major memory lapses, confusion, or unawareness of people or surroundings**

- **Rapid shifts in subject matter that seem incoherent**

# Behavior Indicators of EDP

**Disturbances in thought:**

- **It's hard to follow the EDPs train of thought**

- **He may jump from subject to subject in a manner that appears incoherent**

- **His speech may be difficult or impossible to interrupt**

# Behavior Indicators of EDP

**Inappropriate moods or rapid mood swings:**

- **There may be rapid mood swings from elation to depression**

- **Overreacting to a situation in an overly angry or frightened way**

# Behavior Indicators of EDP

## Inappropriate moods or rapid mood swings:

- Speech patterns that lack normal emotion or that contain uncontrollable bursts of emotion
- Expressed feelings of persecution
- Obsessive thoughts or a preoccupation with subjects such as death or guilt

# Behavior Indicators of EDP

- **Acting or threatening to cause injury to self or others**

# Environmental Indicators of EDP

- **Inappropriate decorations (strange trimmings, inappropriate use of household items)**

- **Inappropriate waste or trash (hoarding extraordinary amounts of household items, the presence of feces or urine on floors or walls)**

# Police Handling of EDPs

- **Police encounters with mentally ill persons first became a major issue in the late 1960s when a *deinstitutionalization movement* began**

- **It became more difficult to institutionalize people against their will**

# E.D.P. - NYPD Definition

**Emotionally Disturbed Person** (EDP) - A person who appears to be mentally ill or temporarily deranged **and**...

- **Is conducting him/herself in a manner which a police officer *reasonably believes* is likely to result in serious injury to himself or others.**

# Zone of Safety

- **Officers should maintain a "zone of safety," which should be greater than the effective range of the weapon (other than a firearm) possessed by the EDP**

- **A minimum distance of _TWENTY (20) FEET_ is recommended**

- **Attempt to maintain the "zone of safety" if EDP does not remain stationary**

# NYPD Policy Dealing With EDPs

- **Establish police lines, which allow us to establish safe distances between the EDP and rescue workers, protect innocent bystanders, and afford the EDP a high level of dignity**

DEF 7836

# NYPD Policy Dealing With EDPs

- **Where possible, officers should take cover, utilize protective shielding, and request additional personnel, if necessary.**

DEF 7837

# NYPD Policy Dealing With EDPs

- **If an EDP is armed or violent, no attempt will be made to take him into custody without the specific direction of a supervisor *unless* there is an immediate threat of physical harm to the EDP or others present**

# Bringing the EDP into Custody

**Three possible situations:**

1. **EDP constitutes an immediate threat of SPI or death**

2. **EDP is unarmed, non-violent and willing to leave voluntarily**

3. **EDP does not pose an immediate threat, but is unwilling to leave voluntarily**

# Bringing the EDP into Custody

**1. In situations in which an EDP's actions constitute an immediate threat of SPI or death to himself or others present, you must act immediately and take reasonable measures to prevent or terminate such behavior**

**\*DPF may be used only as a last resort to protect the life of persons present**

# Bringing the EDP into Custody

**\*Damaging property does <u>not</u> necessarily constitute an immediate threat of SPI or death**

# Bringing the EDP into Custody

**2. Unarmed + non-violent + willing to leave voluntarily = You may take them into custody without the direction of a supervisor**

# Bringing the EDP into Custody

**3. EDPs who are unarmed, pose no immediate threat but are <u>not</u> willing to leave voluntarily:**

- **In situations in which an EDP's actions pose no immediate threat, but they are not willing to leave voluntarily, attempt to isolate and contain the EDP while maintaining a zone of safety**

# Proper Tactics When Handling EDP's

- **Treat EDPs with patience and understanding**

- **Never use force or threat of force *unless* there is no other way to protect life against imminent danger**

# Proper Tactics When Handling EDP's

- **Keep a safe distance away from EDPs and avoid putting yourself in harm's way**

- **Avoid dealing with EDPs alone — call for back-up**

- **When possible, have back-up officers respond quietly**

# Proper Tactics When Handling EDP's

- **Supervisors are required to respond to *all* EDP calls**

- **However, if an EDP is unarmed, non-violent and willing to leave voluntarily, you may take the EDP into custody without the specific direction of a supervisor**

# Proper Tactics When Handling EDP's

- **Whenever a person who is about to be arrested is acting irrationally or violently, the PG procedure for handling mentally ill or emotionally disturbed persons will be instituted**

# Proper Tactics When Handling EDP's

- **Officers should take as much time as necessary to take the EDP into custody**

- **ESU officers, who have special training and equipment , will be automatically dispatched to jobs involving EDPs**

# Proper Tactics When Handling EDP's

- **Under no circumstance will an EDP be removed to a police facility**

- **Prisoners suffering from "cocaine psychosis" will be brought to an appropriate hospital facility**

- **Do not use ropes on anybody**
- **Do not use choke holds**
- **Immediately help people having trouble breathing**
- **Request medical assistance**
- **Patrol Supervisor will direct means to maintain custody**
- **Do not HOG-TIE**
- **Do not transport subjects face down**
- **Get people in custody off their stomachs as soon as possible**

# REVIEW SPECIFIC MENTAL DISORDERS

## (APPENDIX "C")

# Phobias

- **Fear specifics objects or situations**

# Paranoia

- **People plotting against them**

- **Appear normal**

# Panic Attacks

- **Sudden and repeated attacks of fear that last for several minutes.**

- **Characterized by fear of disaster or losing control.**

# Depression

- **Low-self esteem**
- **Sleeping problems**
- **Lack of emotions**
- **Feeling sad or empty**
- **Feeling very tired**
- **Thoughts of suicide**

# EDP Aided Report Worksheet Classroom Exercise

# Schizophrenia

- **Pattern of bizarre conduct**
- **Illogical speech or thought**
- **disheveled appearance**
- **Hostility and belligerence**

# THE
# END

Power Point - Policing the Emotionally Disturbed.

1/2015

DEF 8536

# Policing the Emotionally Disturbed

# LEARNING OUTCOMES

- RECOGNIZE EMOTIONALLY DISTURBED PERSONS (EDPs).

- EXPLAIN AND DESCRIBE THE PROPER NYPD POLICY OF HANDLING EDPs.

- DISCUSS HOW TO UTILIZE PROPER TACTICS WHEN HANDLING EDPs.

- DISCUSS HOW TO USE FORCE WHEN HANDLING EDPs AND OFFICER'S RESPONSIBILITIES ONCE EDPs HAVE BEEN TAKEN INTO CUSTODY.

# LEARNING OUTCOMES

♦ RELATE THE MENTAL HYGIENE LAW TO NYPD POLICY.

♦ DISCUSS THE GENERAL GUIDELINES ON HOW TO PROPERLY INTERACT WITH A PERSON WHO HAS A MENTAL ILLNESS.

♦ PROPERLY PREPARE AN AIDED REPORT WORKSHEET FOR AN EDP BASED ON CLASSROOM EXERCISE.

# RECOGNIZING EMOTIONALLY DISTURBED PERSONS

## *DEFINITION OF EMOTIONALLY DISTURBED PERSONS (EDPs):*

- **PERSON APPEARS TO BE MENTALLY ILL OR TEMPORARILY DERANGED**

- **IS CONDUCTING THEMSELF IN A MANNER WHICH A POLICE OFFICER *REASONABLY BELIEVES* IS LIKELY TO RESULT IN SERIOUS INJURY TO THEMSELF OR OTHERS**

# RECOGNIZING EMOTIONALLY DISTURBED PERSONS

## *DEFINITION OF ZONE OF SAFETY:*

- **DISTANCE BETWEEN EDP AND MOS**

- **SHOULD BE GREATER THAN THE EFFECTIVE RANGE OF THE WEAPON (OTHER THAN A FIREARM) POSSESSED BY THE EDP**

- **A MINIMUM DISTANCE OF *TWENTY (20) FEET* IS RECOMMENDED**

- **ATTEMPT TO MAINTAIN THE "ZONE OF SAFETY," IF EDP DOES NOT REMAIN STATIONARY**

# RECOGNIZING EMOTIONALLY DISTURBED PERSONS

- **EDPs ARE NOT "BAD GUYS"**
- **EDPs HAVE LITTLE OR NO CONTROL OF THEIR ACTIONS**
- **NOT ALL EDPs SUFFER FROM MENTAL ILLNESS**

# RECOGNIZING EMOTIONALLY DISTURBED PERSONS

## *REASONS WHY PERSONS ACT IN AN EMOTIONALLY DISTURBED MANNER:*

- ACTUAL MENTAL ILLNESS
- INFLUENCE OF ALCOHOL/CHEMICAL SUBSTANCES
- MEDICAL CONDITION (SUCH AS ALZHEIMER'S DISEASE)
- EXPERIENCE OF AN EXTREMELY STRESSFUL SITUATION

# NYPD POLICY HANDLING OF EDPs

## *PRIMARY DUTY OF ALL MEMBERS OF THE SERVICE WHEN INVOLVED WITH AN EDP:*

# PRESERVE HUMAN LIFE

DEF 8544

# NYPD POLICY HANDLING OF EDPs

## *IF AN EDP IS ARMED AND/OR VIOLENT:*

- **DO NOT TAKE INTO CUSTODY WITHOUT THE SPECIFIC DIRECTION OF A SUPERVISOR, UNLESS THERE IS AN IMMEDIATE THREAT OF PHYSICAL HARM TO EDP OR OTHERS PRESENT**