# EXHIBIT 31



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

In this chapter you will read about *Policing the Emotionally Disturbed*. The Patrol Guide contains more extensive direction and procedures. The following mandatory Patrol Guide readings **must** be read in conjunction with this chapter. **Questions for the 2nd Trimester Exam may come from these procedures.**

### MANDATORY PATROL GUIDE READING

The following are Patrol Guide procedures that must be added to this chapter – *Policing the Emotionally Disturbed*. These procedures must be read in conjunction with this chapter. Questions for the 2nd Trimester Exam may come from these procedures:

| | |
|---|---|
| P.G. 208 – 06 | Arrest-Security Measures |
| P.G. 210 – 04 | Prisoners Requiring Medical/ Psychiatric Treatment |
| P.G. 216 – 05 | Mentally Ill or Emotionally Disturbed Persons |
| P.G. 216 – 06 | Mental Heath Removal Orders |
| P.G. 216 – 07 | Firearm Safety Stations at Psychiatric Wards And Admitting Areas |
| I.O. 35-05 | Mobile Crisis Outreach Teams and Assertive Community Treatment Teams |

### WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. On average, NYPD patrol officers are dispatched to reports of EDP's almost 200 times a day. Other officers encounter EDP's independent of the radio dispatcher, when they see them while patrolling their posts or are told about EDP's by passersby. This simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to or handle EDP situations fairly often.

DEF 3399



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

In this chapter you will learn some basic information about mental illnesses, how to recognize people who are in emotional distress, and tactical patrol guides that will guide you to interact with such individuals in a safe and effective manner.

As you read this chapter, keep in mind that these lessons will not only help you interact with people with mental illnesses, but will guide you in every aspect of your Police work. Given the prevalence of mental health issues in our society, these lessons may also help you interact with friends, family and colleagues.

The Patrol Guide contains more extensive direction and procedures. The following mandatory Patrol Guide readings **must** be read in conjunction with this Chapter. **Questions for the 2nd Trimester Exam may come from these procedures.**

### MANDATORY PATROL GUIDE READING

The following are Patrol Guide procedures that must be added to this chapter – *Policing the Emotionally Disturbed*. These procedures must be read in conjunction with this chapter. Questions for the 2nd Trimester Exam may come from these procedures:

| | |
|---|---|
| P.G. 208 – 06 | Arrest-Security Measures |
| P.G. 210 – 04 | Prisoners Requiring Medical/ Psychiatric Treatment |
| P.G. 216 – 05 | Mentally Ill or Emotionally Disturbed Persons |
| P.G. 216 – 06 | Mental Heath Removal Orders |
| P.G. 216 – 07 | Firearm Safety Stations at Psychiatric Wards and Admitting Areas |
| **I.O. 35 – 05** | **Mobile Crisis Outreach Teams and Assertive Community Treatment Teams** |

### WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental

DEF 3783



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

In this chapter you will learn some basic information about mental illnesses, how to recognize people who are in emotional distress, and tactical patrol guides that will guide you to interact with such individuals in a safe and effective manner.

As you read this chapter, keep in mind that these lessons will not only help you interact with people with mental illnesses, but will guide you in every aspect of your Police work. Given the prevalence of mental health issues in our society, these lessons may also help you interact with friends, family and colleagues.

The Patrol Guide contains more extensive direction and procedures. The following mandatory Patrol Guide readings **must** be read in conjunction with this Chapter. **Questions for the 2nd Trimester Exam may come from these procedures.**

## MANDATORY PATROL GUIDE READING

The following are Patrol Guide procedures that must be added to this chapter – *Policing the Emotionally Disturbed*. These procedures must be read in conjunction with this chapter. Questions for the 2nd Trimester Exam may come from these procedures:

| | |
|---|---|
| P.G. 208 – 06 | Arrest-Security Measures |
| P.G. 210 – 04 | Prisoners Requiring Medical/ Psychiatric Treatment |
| P.G. 216 – 05 | Mentally Ill or Emotionally Disturbed Persons |
| P.G. 216 – 06 | Mental Heath Removal Orders |
| P.G. 216 – 07 | Firearm Safety Stations at Psychiatric Wards and Admitting Areas |
| P.G. 216-22 | Mobile Crisis Outreach teams and Assertive Community Treatment Teams |

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental

DEF 4056



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's almost 200 times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

**To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.**

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 4293



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's almost 200 times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

***To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.***

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 4528



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

### WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's almost 200 times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

**To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.**

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 4996



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's almost 200 times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

***To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.***

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 5234

 

# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's many times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

***To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.***

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act
JULY 2012         *POLICING THE EMOTIONALLY DISTURBED*         2

DEF 5506

 

# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

### WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's many times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

***To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.***

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 5782



# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

**WHY IS IT IMPORTANT FOR POLICE OFFICERS
TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?**

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

On average, NYPD patrol officers are dispatched to reports of EDP's many times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

***To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.***

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent... mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 6344

 

# POLICE STUDENT'S GUIDE
## Policing the Emotionally Disturbed

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT EMOTIONALLY DISTURBED PERSONS?

Encounters with "emotionally disturbed persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. If handled properly, they can be very rewarding. NYPD Officers who have learned how to properly assess these situations and interact professionally with people with serious mental illness have been able to assist these fellow New Yorkers by directing them towards treatment and/or recovery. But, if handled improperly, these interactions can result in tragedy.

NYPD patrol officers are dispatched to reports of EDP's many times a day. As you will learn during "Scenario Training" later in your coursework, these calls for assistance come from a variety of sources: family members asking for assistance for their loved ones; neighbors complaining of noises and disturbances in their buildings, merchants complaining about people in their stores, and even mental health programs that encounter situations which they are unable to handle, are a few of the most common EDP calls. In addition, officers often encounter individuals in emotional distress while patrolling their posts, or when they are told about such individuals by people in their precinct. Even allowing for false reports and for individuals who have other illnesses which mimic the symptoms of mental illness, the simple math should tell you that every patrol officer – *including you* – is certain to be asked to respond to, assess, and professionally handle EDP situations frequently.

***To respond professionally, you must recognize that most EDP calls turn out to involve people who are neither a danger to themselves or others.***

As the New York State/New York City Mental Health Criminal Justice Panel's Report and Recommendations recently noted:

> The vast majority of individuals with mental illnesses are not violent… mental illness is not a major driver of violent crime, and people with mental health needs are far more likely to be the victims than perpetrators of violence.

Nevertheless, police are called to respond to a large number of cases that are dangerous or that, if improperly handled, could quickly become dangerous. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as the lives and safety of family members, bystanders, ourselves and our fellow officers and all others in the vicinity of the incident. We also have an obligation to protect EDPs' rights and dignity. The best way to do that is to follow the Patrol Guides and to act

DEF 6912

 

# POLICE STUDIES
## Policing the Emotionally Disturbed

## WHY IS IT IMPORTANT FOR POLICE OFFICERS TO KNOW ABOUT POLICING THE EMOTIONALLY DISTURBED?

In this chapter, you will learn how to recognize people who are in emotional distress and how to use proper tactics that will guide your interaction with such individuals in a safe and effective manner.

As you read this chapter, keep in mind that the police procedures discussed will guide you in every aspect of your police work. Given the prevalence of mental health issues in our society, this lesson may also help you in daily interactions with friends, family, and colleagues.

### RECOGNIZING EMOTIONALLY DISTURBED PERSONS

**Definitions:**

- **Emotionally Disturbed Person (EDP)** - a person who appears to be mentally ill or temporarily deranged, and who is conducting themself in a manner that a police officer reasonably believes is likely to result in serious injury to themself or others.

- **Zone of Safety** - the distance to be maintained between the EDP and the responding member(s) of the service. This distance should be greater than the effective range of the weapon (other than a firearm), and it may vary with each situation. A **minimum distance of twenty (20) feet** is recommended. An attempt will be made to maintain the "zone of safety" if the EDP does not remain stationary.



DEF 8050