# EXHIBIT 33



# LESSON PLAN COVER SHEET

| COURSE:<br>BASIC RECRUIT COURSE | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY: NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE PREPARED:<br>AUGUST 2003 |
| REVISED BY: SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>JULY 2012 |
| REVIEWED BY: LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>JULY 2012 |
| APPROVED BY: LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE APPROVED:<br>JULY 2012 |
| TRAINING NEED:<br>ENTRY LEVEL POLICE OFFICER TRAINING | |
| INSTRUCTIONAL GOAL:<br>At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed. | |
| LEARNING OBJECTIVES:<br><br>At the completion of this lesson the student will be able to:<br>I. Identify and recognize emotionally disturbed persons as per classroom discussion.<br>II. Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.<br>III. Identify the legal issues regarding mental illness<br>IV. Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.<br>V. Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person<br>VI. Identify specific mental disorders based on classroom discussion. | |
| METHOD OF PRESENTATION<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
| METHOD OF EVALUATION:<br>QUIZ | |
| STUDENT MATERIAL:<br>Notebook And Pen, Student Guide, Patrol Guide, Penal Law | |
| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>Police Student Guide, Patrol Guide, NYS Penal Law |

CITY OF NEW YORK POLICE DEPARTMENT

DEF 5659

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

## INTRODUCTION

Encounters with "Emotionally Disturbed Persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. NYPD Patrol Officers are dispatched to reports of EDP's many times a day. Other officers encounter EDP's independent of the radio dispatcher, when they see them while patrolling their posts or are told about EDP's by passersby. On occasion, EDP's come to police attention because their actions are criminal, and result in injury to people or damage to property.

Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as, the lives and safety of other innocent people, including ourselves. We also have an obligation to protect emotionally disturbed persons' rights and dignity.

Recognizing and properly handling situations involving persons who may be emotionally disturbed is critical to your safety and others, including the EDP, and to your effectiveness as a Police Officer.

At the conclusion of this lesson, the student will be able to:

- Identify and recognize emotionally disturbed persons as per classroom discussion.
- Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
- Identify the legal issues regarding mental illness.
- Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.
- Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person.
- Identify specific mental disorders based on classroom discussion.

DEF 5660

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

## BODY

Mental disorders are illnesses that affect a person's thinking, feelings, or behavior. Mental illness can range from chronic mild forms to life-threatening disorders. Mental illness may begin in childhood or at any point later in the life cycle. The causes of most mental disorders are unknown, but they appear to be biological and environmental. At times, people with mental illness call for police assistance themselves. They may be victims of crimes, accidents, or witnesses. Mental illnesses affect all types of people. It is an equal opportunity affliction that affects people regardless of intelligence, achievement, or prominence. Mentally ill people may be professionals, office workers, laborers, homemakers, children, elderly people, or people who depend on welfare and other social services for survival. One in five families in America is affected by mental illness.

### I. EMOTIONALLY DISTURBED PERSON

May be a person who appears to be experiencing symptoms of his or her mental illness or is acting bizarrely and who is conducting himself in a manner, which a Police Officer reasonably believes, is likely to result in serious injury to himself or others.

A. The Criteria for a Police Officer to Identify Abnormal Behavior

1. Inappropriate,
2. Inflexible,
3. Impulsive

B. Behavior that Fit the Three (3) I's:

1. Inappropriate physical appearance
   a) Disheveled or bizarre physical appearance.
   b) Appearance that is inappropriate to the environment.
      (1) Person who wears shorts in winter, or a heavy coat in the summer.

2. Inappropriate body movements.
   a) Strange posture or mannerisms.
      (1) Pacing or agitated movements.

3. Disturbances in perception
   a) Responding to voices or objects that are not there.
   b) Expressions of grandiose ideas
      (1) Person thinks he is Abraham Lincoln

**Instructor Cues:**

Learning Objective #1

Stress this point. Write 3 I's on the chalkboard

Inappropriate – Unsuited; not proper; not belonging to or fitted for.
Inflexible – 1. Unbending; rigid; that cannot be bent or curved. 2. Firm in mind or purpose; not top prevailed on; unyielding; fixed.
Impulsive – 1. Impelling; driving forward. 2. Acting or given to acting on impulse.
Definitions taken from the *Webster New Universal Unabridged Dictionary*.

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

       c) Hallucinations, delusions, or other false beliefs.
       d) Major memory lapses, confusion or unawareness of people or surroundings.

  4. Disturbances in thought
      a) It may be hard to follow an EDP's train of thought.
      b) May jump from subject to subject, making subject matter appear incoherent.
      c) Speech may be difficult or impossible to interrupt.

  5. Inappropriate moods or rapid mood swings.
      a) Rapid mood swings-from elation to depression.
      b) Overreacting to situation in overly angry or frightened manner.
      c) Speech patterns that lack the normal ups and downs of emotions or uncontrollable bursts of emotion.
      d) Expressing feelings of persecution.
      e) Obsessive thoughts or preoccupation with subjects such as death or guilt.

  6. Acting or threatening to cause injury to self or others.
      a) Cutting self with sharp object
      b) Causing cigarette burns on body
      c) Starving self
      d) Expressing desire to do the same to self or others

C. Environmental Indicators

  1. Inappropriate decorations
      a) Strange trimmings or inappropriate use of household items
         (1) e.g. aluminum foil covering windows

  2. Inappropriate wastes or trash
      a) Accumulating extraordinary amounts of household items
         (1) newspapers
         (2) paper bags
         (3) trash
      Note: The accumulating of the proceeding items can become a safety and health hazard, this may be a particular problem among the elderly and officers should be alert to it.

      b) Presence of feces or urine on floors or walls

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

D. It is not necessary for an Emotional Disturbed Person to exhibited or display all of the three (3) I's.

II. **DEALING WITH EMOTIONALLY DISTURBED PERSONS**

    A. Review Patrol Guide Procedure 216-05
        1. The primary duty of all Members of the Service is to **preserve human life.**
        2. The safety of **All** persons involved is paramount in cases involving emotionally disturbed persons.
        3. If such a person is a danger to himself or others, **necessary** force may be used to prevent serious physical injury or death.
        4. Physical force will be used **ONLY** to the extent necessary to restrain the subject until delivered to hospital or detention facility.
        5. **Deadly physical force will be used only as a last resort to protect the life of the Uniform Member of the Service or any other person present.**
        6. **If the emotionally disturbed person is armed or violent, no attempt will be made to take the EDP into custody without the specific direction of the Supervisor, unless there is an immediate threat of physical harm to the EDP or others present.**
        7. If the EDP is unarmed, not violent, and willing to leave voluntarily, a Uniformed Member of the Service may take such person into custody.
        8. When there is time to negotiate, use all of the time necessary to ensure the safety of all individuals.

    B. If the EDP is arrested follow both Patrol Guide procedures 216-05 *Mentally Ill or Emotionally Disturbed Persons* and Patrol Guide 208-02, *Arrest- Removal to Department Facility for Processing*
        1. Under no circumstances will EDP be transported to a police facility.
        2. Prisoners demonstrating extreme emotional disturbance will be removed to nearest hospital (Patrol Guide procedure 210-04 *Prisoners Requiring Medical/Psychiatric Treatment*).
        3. Prisoners suffering from "cocaine psychosis" will be brought to an appropriate hospital facility and not to a police facility (Patrol Guide 208-06 *Arrest-Security Measures*).

Instructor Cues:
- Learning Objective #2
- Stress: Distance + Time = Safety
- Patrol Guide 216-05 *Mentally Ill or Emotionally Disturbed Persons*

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

        NOTE: Isolate and Contain

C. Definitions:

1. EMOTIONALLY DISTURBED PERSON (EDP) - A person who appears to be mentally ill or temporarily deranged and is conducting him or herself in a manner, which a Police Officer reasonably believes is likely to result in serious injury to themself or others.

2. ZONE OF SAFETY - The distance to be maintained between the EDP and the responding Member(s) of the Service. This distance should be greater than the effective range of the weapon (other than a firearm), and it may vary with each situation (e.g., type of weapon possessed, condition of EDP, surrounding area, etc.). A minimum distance of twenty (20) feet is recommended. An attempt will be made to maintain the "zone of safety" if the EDP does not remain stationary.
       a) Distance and Time equals safety.

D. Procedure – When a UMOS reasonably believes that a person who is apparently mentally ill or emotionally disturbed, must be taken into protective custody because the person is conducting himself in a manner likely to result in a serious injury to himself or others:

Operations Order 59 of 2008: The communications section has created a system that will alert radio dispatchers of a prior history of three or more confirmed responses for a 10-54 E radio run at the same location within prior 365 day period. UMOS will check with dispatcher for previous radio runs and request a check when handling a pick up EDP job.

1. Upon arrival at scene, assess situation as to threat of immediate serious physical injury to EDP, other persons present, or Member of the Service. Take cover, utilize protective shield if available and request additional personnel, if necessary.
   a) If emotionally disturbed person's actions constitute **immediate** threat of serious physical injury or death to himself or others:

   (1) Take reasonable measures to terminate or prevent such behavior. Deadly physical force will be used **only** as a last

resort to protect the life of persons or officers present.

Note: Damaging of property would <u>not</u> necessarily constitute an immediate threat of serious physical injury or death.

    b) If EDP is unarmed, not violent and is willing to leave voluntarily:

        (1) EDP may be taken into custody without the specific direction of a supervisor.

    c) In all other cases, if EDP's actions do **not** constitute an **immediate** threat of serious physical injury or death to himself or others:

        (1) Attempt to isolate and contain the EDP while maintaining a <u>zone of safety</u> until arrival of patrol supervisor and Emergency Service Unit personnel.
        (2) Do not attempt to take EDP into custody without the specific direction of a Supervisor.

  2. Request ambulance, if one has not already been dispatched.
      a) Ascertain if Patrol Supervisor is responding and, if not, request response.

Note: Communications Section will automatically direct the patrol supervisor and Emergency Service Unit to respond to scene in such cases. Patrol Supervisors' vehicles are equipped with less lethal devices to assist in the containment and control of EDP's, and will be used at the Supervisor's direction, if necessary.

  3. Establish police lines.

  4. Take EDP into custody if EDP is unarmed, not violent and willing to leave voluntarily.

E. When Person Has Been Restrained

  1. Remove property that is dangerous to life or will aid escape.

  2. Have person removed to hospital in ambulance.
      a) Restraining equipment including handcuffs may

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

        be used if patient is violent, resists, or upon direction of physician examiner.
      b) If unable to transport with reasonable restraint, ambulance attendant or doctor will request special ambulance.
      c) When possible, a female patient being transported should be accompanied by another female or by an adult member of her immediate family.

3. Ride in body of ambulance with patient.
    a) At least two (2) Uniformed Members of the Service will safeguard if more than one (1) patient is being transported.

Note: If an ambulance is NOT available and the situation warrants, transport the EDP to the hospital by RMP if able to do so with reasonable restraint, at the direction of a supervisor. UNDER NO CIRCUMSTANCES WILL AN EDP BE TRANSPORTED TO A POLICE FACILITY.

4. Inform examining physician, upon arrival at hospital, of use of less lethal restraining devices, if applicable.

5. Safeguard patient at hospital until examined by psychiatrist.
    a) When entering psychiatric ward of hospital, unload firearm at Firearm Safety Station, if available (see *P.G. 216-07, "Firearms Safety Stations at Psychiatric Wards and Admitting Areas"*).

6. Inform psychiatrist of circumstances which brought patient into police custody:
    a) Inform relieving Uniformed Member of circumstances if safeguarding extends beyond expiration of tour.
    b) Relieving Uniformed Member will inform psychiatrist of details.

7. Enter details in ACTIVITY LOG (PD112-145 and prepare AIDED REPORT WORKSHEET (PD304-152b).

8. Deliver AIDED REPORT WORKSHEET to the Desk Officer.

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

F. Use Of Less Lethal Devices To Assist In Restraining Emotionally Disturbed Persons

   1. All Patrol Supervisors and Platoon Commanders performing patrol duty assigned to the Patrol Services Bureau, Housing and Transit Bureaus will be <u>required</u> to carry a CED (Conducted Energy Device)

   2. LESS LETHAL RESTRAINING DEVICE/RESCUE EQUIPMENT
      a) Carried in the patrol officer's auto or person
         (1) Pepper Spray
         (2) 3 foot polycarbonate shield

      b) Carried in the Patrol Supervisor's auto:
         (1) Conducted Energy Device
         (2) Velcro Restraining Straps
         (3) 3 foot polycarbonate shield
         (4) Pepper Spray

G. To Avoid Causing A Death By Positional Asphyxia, Adhere To The Following Rules:

   1. The use of restraints to "hog-tie" (restraining person by connecting or tying rear cuffed hands to cuffed or shackled ankles or legs) subjects and the transportation of subjects in a face down position within any vehicle are **prohibited**.

   2. Get people in custody off their stomachs as soon as possible.
      a) Under no circumstances may EDP's or other persons in custody be restrained, confined, or transported in a prone position for longer than it takes to complete rear cuffing them.
      b) Do not use ropes on anybody.
      c) **Do not** use **choke holds**
      d) Get immediate help to people who have difficulty breathing.
         (1) Immediately request medical assistance.
         (2) Patrol Supervisor will direct that alternate means to maintain custody will be utilized, if appropriate.

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

    H. "Think Tactics"

        1. Obtain the following information:
            a) Whether a person is armed with weapons
            b) Medical or psychiatric history
            c) Location
            d) Presence of others
            e) Person arrested or history of violence
            f) History of alcohol or substance abuse
            g) Other uniformed people on scene
            h) Other UMOS knows person

        2. Designate one officer as the "contact officer" and the other as the "cover officer."

        3. Get as much information regarding EDP from family member or others.

        4. Be aware of your surroundings.

        5. Maintain a safe distance from EDP (minimum of 20 feet).

        6. Respect the EDP's personal space.

        7. Do not take offense at any action or words directed at you.

        8. Do not attempt to intimidate or threaten EDP's. Such techniques may work with rational criminals, but are likely to further excite EDP's.

    I. Communicating With EDP/ Mentally Ill

        1. Do not rush unless emergency exists

        2. Do not make sudden movements

        3. Distance equals safety (minimum of 20 feet)

        4. Do not challenge the EDP's perceptions

        5. Do not stare at or maintain eye contact with EDP- may interpret this as threatening or challenging.

        6. Avoid behavior that causes agitation

DEF 5668

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

      7. Do not lie or try to deceive

      8. Do not argue with or challenge the EDP

      9. Do not try to intimidate or frighten the EDP

      10. Maintain empathy

      11. Be calm

      12. Lower your radio

      13. Coordinate your plan of action with your partner

      14. TAKE AS MUCH TIME AS YOU NEED

### III. LEGAL ISSUES REGARDING MENTAL ILLNESS

*Learning Objective #3*

    A. The Mental Hygiene Law governs the way people are handled when they are admitted to, treated in, and discharged from in patient and out patient facilities. Admission criteria to psychiatric facilities are set forth in Section 9 of the Mental Hygiene statue.

      1. Section 9.58 of the Mental Hygiene Law states that physicians or members of a Mobile Crisis Outreach Program or Assertive Community Treatment Team may authorize the removal or direct the removal of one who appears to be mentally ill and a dangerous threat. The responsibility for securing a person during removal and transport is the responsibility of the Police Department.

      2. Section 9.60 Assisted Outpatient Treatment (AOT) also referred to as "Kendra's Law". This law establishes the procedure for a court to commit an individual against his or her will to outpatient treatment. Family members can make a petition for this law to the court and other interested parties for a person to be placed in assisted out patient treatment.

### IV. MOBLE CRISIS OUTREACH TEAMS AND ASSERTIVE COMMUNITY TREARMENTS

*Learning Objective #4*

    A.   Definitions:

DEF 5669

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

        1. Mobile Crisis Outreach Teams- These teams are independently operated by local hospitals or community-based mental health organizations, are usually funded by the Department of Health and Mental Hygiene, and may sometimes be attached to New York State licensed "comprehensive emergency programs." Their goal is to assess, stabilize and rapidly refer patients to long- term providers.

        2. Assertive Community Treatment Teams (ACT)- Similar to Mobile Crisis Outreach Teams, but are "hospitals on wheels," more richly staffed by mental health workers and charged with providing a wide range of ongoing services. ACT teams sometimes need to order involuntary transport of their patients to hospital emergency rooms. They receive contract funding from the Department of Health and Mental Hygiene and are licensed by the New York State Office of Mental Health.

        3. Qualified Mental Health Professional (QMHP) – are members of a Mobile Crisis Outreach or Assertive Community Treatment Team who are licensed psychologists, certified social workers, or registered professional nurses.

    B. When directed to assist on scene, designated physicians or qualified mental health professionals assigned to Mobile Crisis Outreach Teams or Assertive Community Outreach Teams, Uniformed Members of the Service will:

Comply with provisions of *Patrol Guide 216-05, "Mentally Ill or Emotionally Disturbed Persons."*

Examine the Department of Health and Mental Hygiene photo identification card of the physician or qualified mental health professional on scene.

        1. Record pertinent information in ACTIVITY LOG (PD112-145), including the identity of the physician or qualified mental health professional ordering the removal, and the length of time the aided was in police custody. Prepare AIDED REPORT WORKSHEET (PD304-152b).

        2. Attach Form OMH 475 (Application for Involuntary Admission on Certificate of a Director of Community

DEF 5670

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

Services or Designee) OR Form OMH 482 (Mobile Crisis Outreach Team Authorization for Transport) to the AIDED REPORT WORKSHEET.

    C. Life Net Referrals

        1. Life Net is a treatment referral program for individuals or families in need of counseling assistance outside the purview of this Department. A Life Net referral should be made when you encounter an individual, who doesn't require any additional police involvement, is not a danger to themselves or others and who might benefit from speaking to a LIFENET counselor to discuss their options for counseling and /or treatment. Once an officer has determined that a person is not a danger to themselves or others, a Life Net card can be given to anyone in need of counseling for any sort of family, emotional or substance abuse problem. The card, which contains the program's telephone numbers: (1-800-LIFENET OR 1-877-AUYDESE [Spanish line]) can also be given to anyone who is distressed by how mental illness or substance abuse is affecting their family or household.

        2. Examples of persons who may be given a Life Net card Includes:

            a) Non dangerous people who suffer from mental illness
            b) Family members of people with mental illness who are non-compliant with their Medication /treatment
            c) Depressed or anxious people
            d) Confused / lonely elders
            e) Traumatized persons
            f) Substance abusers
            g) Chronic callers
            h) Crime victims

**V. PROPERLY PREPARE AN AIDED REPORT WORKSHEET FOR AN EMOTIONALLY DISTURBED PERSON.**

    A. Prepare an Aided Report Worksheet utilizing the scenario in the Police student's Guide.

Instructor cues: Learning Objective #5

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|
| VI. MENTAL DISORDERS<br><br>   A. Specific Mental Disorders<br><br>      1.  Psychosis<br>           a) Difficulty distinguishing fantasy from reality<br>               (1) Hallucinations<br>                    (a) hears voices and sees people that are not there<br>               (2) Delusions<br>                    (a) false beliefs that are thought to be true<br>      2.  Paranoia<br>           a) Belief that people are talking about or plotting against him.<br>           b) May appear undisturbed and fake normality.<br><br>      3.  Mania<br>           a) One phase of a mood disorder marked by periods of elevated but often irritable mood.<br>               (1) Very talkative<br>               (2) Euphoria<br>               (3) Impulse control problems<br><br>      4.  Depression<br>           a) Mood disorder marked by periods of feeling very down and low<br>               (1) Low-self esteem<br>               (2) Sleeping problems<br>               (3) Lack of emotions<br><br>      5.  Manic Depression or Bipolar Disorder<br>           a) Experience extreme mood swings between depression and elation<br><br>      6.  Schizophrenia<br>           a) Person exhibits a pattern of bizarre conduct followed by periods of normality<br>               (1) Thought or speech appear illogical or incoherent<br>               (2) Disheveled appearance<br>               (3) Hostility and belligerence<br><br>      7.  Anxiety Disorders<br>           a) External or internal events that trigger discomfort, | Learning Objective #6 |

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

               uncertainty, or danger
                 (1) Free-floating anxiety
                     (a) General state of anxiety that seems to engulf the person most of the time.
                     (b) Prone to impulsive acts
                     (c) May experience panic attacks
                 (2) Phobias
                     (a) Severe fear of specific objects or situations
                         (i) Arachnophobia (fear of spiders)
               (3) Post-Traumatic Stress Disorder
                     (a) Feels as though a traumatic experience is happening
                         (ii) Military combat
               (4) Panic Attacks
                     (a) Sudden overwhelming feeling of anxiety
                         (i) Chest pains
                         (ii) Sweating
                         (iii) Vertigo

  B. Read and Discuss in class, *Eleven Myths about Mental Illness*      Appendix "A"

  C. Read and Discuss in class, *Interacting with a Person with Mental Illness*      Appendix "B"

## CONCLUSION

Encounters with "Emotionally Disturbed Persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. On average, NYPD Patrol Officers are dispatched to reports of EDP's almost 200 times a day. Other officers encounter EDP's independent of the radio dispatcher, when they see them while patrolling their posts or are told about EDP's by passersby. On occasion, EDP's come to police attention because their actions are criminal, and result in injury to people or damage to property.

Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as, the lives and safety of other innocent people, including ourselves. We also have an obligation to protect emotionally disturbed persons' rights and dignity.

Recognizing and properly handling situations involving persons who

CITY OF NEW YORK POLICE DEPARTMENT    PAGE 14

DEF 5673

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

may be emotionally disturbed is critical to your safety and others, including the EDP, and to your effectiveness as a Police Officer.

At the conclusion of this lesson, the student will be able to:

- Identify and recognize emotionally disturbed persons as per classroom discussion.
- Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
- Identify the legal issues regarding mental illness.
- Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.
- Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person
- Identify specific mental disorders based on classroom discussion.

### OPTIONAL EDP ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to

Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|
| shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**<br><br>Note: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05). | |