# EXHIBIT 34

| COURSE:<br>POLICE ACADEMY RECRUIT SCHOOL | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY:<br>NEW YORK CITY POLICE ACADEMY, TRAINING ASSESSMENT UNIT | DATE PREPARED:<br>08/13/03 |
| REVIEWED BY:<br>NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>JANUARY 2007 |
| REVISED BY:<br>NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>JANUARY 2008 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**
*At the conclusion of this lesson, the student will be able to:*

I.  Identify specific mental disorders based on classroom discussion.
II.  Identify and recognize emotionally disturbed persons as per classroom discussion.
III.  Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams.

| METHOD OF PRESENTATION:<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |
|---|---|

DEF 3657

## POLICING THE EMOTIONALLY DISTURBED ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EPD on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).

DEF 3678

| COURSE:<br>POLICE ACADEMY RECRUIT SCHOOL | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY:<br>NEW YORK CITY POLICE ACADEMY, TRAINING<br>ASSESSMENT UNIT | DATE PREPARED:<br>08/13/03 |
| REVIEWED BY:<br>NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>JULY 2008 |
| REVISED BY:<br>NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>DECEMBER 2008 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**
*At the conclusion of this lesson, the student will be able to:*

I.     Identify specific mental disorders based on classroom discussion.
II.    Identify and recognize emotionally disturbed persons as per classroom discussion.
III.   Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.    Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

| METHOD OF PRESENTATION:<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |
|---|---|

DEF 3930

| INSTRUCTIONAL CONTENT<br>BODY | INSTRUCTOR<br>CUES: |
|---|---|

## POLICING THE EMOTIONALLY DISTURBED ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EPD on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).

DEF 3950



| COURSE:<br>POLICE ACADEMY RECRUIT SCHOOL | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY:<br>NEW YORK CITY POLICE ACADEMY, TRAINING ASSESSMENT UNIT | DATE PREPARED:<br>08/13/03 |
| APPROVED BY:<br>NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE APPROVED:<br>JULY 2008 |
| REVISED BY:<br>**NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT** | DATE REVISED:<br>February 2009 |

**TRAINING NEED**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**

At the conclusion of this lesson, the student will be able to:

I.   Identify specific mental disorders based on classroom discussion.
II.  Identify and recognize emotionally disturbed persons as per classroom discussion.
III. Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

| METHOD OF PRESENTATION<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|
| STUDENT MATERIAL:<br>Notebook And Pen, Student Guide, Patrol Guide, Penal Law | |
| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 4169

Examples of persons who may benefit from receiving a LifeNet card include:

- Non dangerous people who suffer from mental illness
- Family members of people with mental illness who are non-compliant with the Medication /treatment

- Depressed or anxious people
- Confused / lonely elders
- Traumatized persons
- Substance abusers
- Chronic callers
- Crime victims

## POLICING THE EMOTIONALLY DISTURBED ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EPD on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).

DEF 4184



# LESSON PLAN COVER SHEET

| COURSE:<br>POLICE ACADEMY RECRUIT SCHOOL | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY: NEW YORK CITY POLICE ACADEMY,<br>TRAINING ASSESSMENT UNIT | DATE PREPARED:<br>AUGUST 2003 |
| REVISED BY: NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>JULY 2009 |
| REVIEWED BY: NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>AUGUST 2009 |

**TRAINING NEED**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.   Identify specific mental disorders based on classroom discussion.
II.  Identify and recognize emotionally disturbed persons as per classroom discussion.
III. Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Identify the legal issues regarding mental illness
V.   Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

| METHOD OF PRESENTATION<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|
| METHOD OF EVALUATION:<br>QUIZ | |

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |
|---|---|

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 4406

(P.G. section 216-05).

## CONCLUSION

Encounters with "Emotionally Disturbed Persons," otherwise known as "EDP's," are among the most frequent and sensitive of all police interactions. On average, NYPD Patrol Officers are dispatched to reports of EDP's almost 200 times a day. Other officers encounter EDP's independent of the radio dispatcher, when they see them while patrolling their posts or are told about EDP's by passersby. On occasion, EDP's come to police attention because their actions are criminal, and result in injury to people or damage to property.

Dealing with people who are emotionally disturbed requires a high degree of skill and sensitivity. As police, we are responsible for getting such people to mental health professionals, but we also have other responsibilities: We must protect the lives and safety of EDP's, as well as, the lives and safety of other innocent people, including ourselves. We also have an obligation to protect emotionally disturbed persons' rights and dignity.

Recognizing and properly handling situations involving persons who may be emotionally disturbed is critical to your safety and others, including the EDP, and to your effectiveness as a Police Officer.

At the conclusion of this lesson, the student will be able to:

- Identify specific mental disorders based on classroom discussion.
- Identify and recognize emotionally disturbed persons as per classroom discussion.
- Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
- Identify the legal issues regarding mental illness.
- Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

DEF 4423



# LESSON PLAN COVER SHEET

| COURSE:<br>POLICE ACADEMY RECRUIT SCHOOL | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY: NEW YORK CITY POLICE ACADEMY,<br>TRAINING ASSESSMENT UNIT | DATE PREPARED:<br>AUGUST 2003 |
| REVISED BY: NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>JULY 2009 |
| REVIEWED BY: NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>FEBRUARY 2010 |

| TRAINING NEED<br>ENTRY LEVEL POLICE OFFICER TRAINING |
|---|

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.   Identify specific mental disorders based on classroom discussion.
II.  Identify and recognize emotionally disturbed persons as per classroom discussion.
III. Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Identify the legal issues regarding mental illness
V.   Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

| METHOD OF PRESENTATION<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|
| METHOD OF EVALUATION:<br>QUIZ | |

| STUDENT MATERIAL:<br>Notebook And Pen, Student Guide, Patrol Guide, Penal Law |
|---|

| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |
|---|---|

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 4641

- Non dangerous people who suffer from mental illness
- Family members of people with mental illness who are non-compliant with their Medication /treatment
- Depressed or anxious people
- Confused / lonely elders
- Traumatized persons
- Substance abusers
- Chronic callers
- Crime victims

### POLICING THE EMOTIONALLY DISTURBED ROLE PLAY

*Instructor lead role plays*

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled properly, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled improperly the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

Note: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons

DEF 4657



# LESSON PLAN COVER SHEET

| COURSE:<br>POLICE ACADEMY RECRUIT SCHOOL | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY: NEW YORK CITY POLICE ACADEMY,<br>TRAINING ASSESSMENT UNIT | DATE PREPARED:<br>AUGUST 2003 |
| REVISED BY: NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>JULY 2009 |
| REVIEWED BY: NEW YORK CITY POLICE ACADEMY,<br>CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>JULY 2010 |

**TRAINING NEED**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.   Identify specific mental disorders based on classroom discussion.
II.  Identify and recognize emotionally disturbed persons as per classroom discussion.
III. Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Identify the legal issues regarding mental illness
V.   Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

| METHOD OF PRESENTATION<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|
| METHOD OF EVALUATION:<br>QUIZ | |

| STUDENT MATERIAL:<br>Notebook And Pen, Student Guide, Patrol Guide, Penal Law | |
|---|---|

| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |
|---|---|

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 4876

Examples of persons who may benefit from receiving a LifeNet card include:

- Non dangerous people who suffer from mental illness
- Family members of people with mental illness who are non-compliant with their Medication /treatment
- Depressed or anxious people
- Confused / lonely elders
- Traumatized persons
- Substance abusers
- Chronic callers
- Crime victims

## POLICING THE EMOTIONALLY DISTURBED ROLE PLAY

*Instructor lead role plays*

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

- *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

- *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

- *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

- ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department



# LESSON PLAN COVER SHEET

| | |
|---|---|
| **COURSE:**<br>POLICE ACADEMY RECRUIT SCHOOL | **TRAINEE LEVEL:**<br>RECRUIT OFFICER |
| **LESSON:**<br>POLICING THE EMOTIONALLY DISTURBED | **TIME REQUIRED:**<br>APPROXIMATELY 9 HOURS |
| **PREPARED BY:** NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE PREPARED:**<br>AUGUST 2003 |
| **REVISED BY:** SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVISED:**<br>JULY 2011 |
| **REVIEWED BY:** LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVIEWED:**<br>JULY 2011 |
| **APPROVED BY:** LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE APPROVED:**<br>JULY 2011 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**PERFORMANCE OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.    Identify specific mental disorders based on classroom discussion.
II.   Identify and recognize emotionally disturbed persons as per classroom discussion.
III.  Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Identify the legal issues regarding mental illness
V.   Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.

| | |
|---|---|
| **METHOD OF PRESENTATION**<br>Lecture, Question & Answer, Group Discussion | **CLASSROOM REQUIREMENTS:**<br>Formal Classroom Seating |
| **METHOD OF EVALUATION:**<br>QUIZ | |

**STUDENT MATERIAL**:
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| | |
|---|---|
| **TRAINING AIDS, SUPPLIES, EQUIPMENT:**<br>Computer and Monitor, PowerPoint | **BIBLIOGRAPHY:**<br>NYPD Police Student Guide<br>NYPD Patrol Guide<br>NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 5112

Examples of persons who may benefit from receiving a LifeNet card include:

- Non dangerous people who suffer from mental illness
- Family members of people with mental illness who are non-compliant with their Medication /treatment
- Depressed or anxious people
- Confused / lonely elders
- Traumatized persons
- Substance abusers
- Chronic callers
- Crime victims

### POLICING THE EMOTIONALLY DISTURBED ROLE PLAY

Instructor lead role plays

1)   Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

- *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

- *If the recruit does not ask,* **make sure it is emphasized that the EDP is alone inside the apartment.**

- *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

- **Make sure EDP is not advancing toward officer** *[important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot.  **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department



# LESSON PLAN COVER SHEET

| | |
|---|---|
| **COURSE:**<br>POLICE ACADEMY RECRUIT SCHOOL | **TRAINEE LEVEL:**<br>RECRUIT OFFICER |
| **LESSON:**<br>POLICING THE EMOTIONALLY DISTURBED | **TIME REQUIRED:**<br>APPROXIMATELY 9 HOURS |
| **PREPARED BY:** NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE PREPARED:**<br>AUGUST 2003 |
| **REVISED BY:** SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVISED:**<br>FEBRUARY 2012 |
| **REVIEWED BY:** LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVIEWED:**<br>FEBRUARY 2012 |
| **APPROVED BY:** LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE APPROVED:**<br>FEBRUARY 2012 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**LEARNING OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.   Identify specific mental disorders based on classroom discussion.
II.  Identify and recognize emotionally disturbed persons as per classroom discussion.
III. Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
IV.  Identify the legal issues regarding mental illness
V.   Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.
VI.  Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person

| | |
|---|---|
| **METHOD OF PRESENTATION**<br>Lecture, Question & Answer,<br>Group Discussion | **CLASSROOM REQUIREMENTS:**<br>Formal Classroom Seating |
| **METHOD OF EVALUATION:**<br>QUIZ | |

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| | |
|---|---|
| **TRAINING AIDS, SUPPLIES, EQUIPMENT:**<br>Computer and Monitor, PowerPoint | **BIBLIOGRAPHY:**<br>Police Student Guide, Patrol Guide, NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 5381

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

## OPTIONAL EDP ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

- *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

- *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

- *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

- ***Make sure EDP is not advancing toward officer*** *[important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).

Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

DEF 5399



# LESSON PLAN COVER SHEET

| COURSE:<br>BASIC RECRUIT COURSE | TRAINEE LEVEL:<br>RECRUIT OFFICER |
|---|---|
| LESSON:<br>POLICING THE EMOTIONALLY DISTURBED | TIME REQUIRED:<br>APPROXIMATELY 9 HOURS |
| PREPARED BY: NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE PREPARED:<br>AUGUST 2003 |
| REVISED BY: SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE REVISED:<br>JULY 2012 |
| REVIEWED BY: LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE REVIEWED:<br>JULY 2012 |
| APPROVED BY: LT TED FEDEROFF, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | DATE APPROVED:<br>JULY 2012 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**LEARNING OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.    Identify and recognize emotionally disturbed persons as per classroom discussion.
II.   Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
III.  Identify the legal issues regarding mental illness
IV.  Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.
V.   Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person
VI.  Identify specific mental disorders based on classroom discussion.

| METHOD OF PRESENTATION<br>Lecture, Question & Answer,<br>Group Discussion | CLASSROOM REQUIREMENTS:<br>Formal Classroom Seating |
|---|---|
| METHOD OF EVALUATION:<br>QUIZ | |

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| TRAINING AIDS, SUPPLIES, EQUIPMENT:<br>Computer and Monitor, PowerPoint | BIBLIOGRAPHY:<br>Police Student Guide, Patrol Guide, NYS Penal Law |
|---|---|

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 5659

may be emotionally disturbed is critical to your safety and others, including the EDP, and to your effectiveness as a Police Officer.

At the conclusion of this lesson, the student will be able to:

- Identify and recognize emotionally disturbed persons as per classroom discussion.
- Explain and describe how to deal with emotionally disturbed persons (EDP'S) based on classroom discussion and Patrol Guide.
- Identify the legal issues regarding mental illness.
- Explain the procedures pertaining to Mobile Crisis Outreach Teams and Assertive Community Treatment Teams and the proper use of a Life Net Referral.
- Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person
- Identify specific mental disorders based on classroom discussion.

## OPTIONAL EDP ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to

Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).



# LESSON PLAN COVER SHEET

| | |
|---|---|
| **COURSE:**<br>BASIC RECRUIT COURSE | **TRAINEE LEVEL:**<br>RECRUIT OFFICER |
| **LESSON:**<br>POLICING THE EMOTIONALLY DISTURBED | **TIME REQUIRED:**<br>APPROXIMATELY 9 HOURS |
| **PREPARED BY:** NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE PREPARED:**<br>AUGUST 2003 |
| **REVISED BY:** SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVISED:**<br>JANUARY 2013 |
| **REVIEWED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVIEWED:**<br>JANUARY 2013 |
| **APPROVED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE APPROVED:**<br>JANUARY 2013 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**LEARNING OBJECTIVES:**

At the completion of this lesson the student will be able to:

I.    Explain what mental illness is.
II.   Recognizing Emotionally Disturbed Persons
III.  Explain the proper police handling of Emotionally Disturbed Persons
IV.   Identify the legal issues regarding mental illness
V.    Explain Life Net Referrals
VI.   Explain the Mobile Crisis Outreach Teams and Assertive Community Treatment Teams
VII.  Identify specific mental disorders
VIII. Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person.

| | |
|---|---|
| **METHOD OF PRESENTATION**<br>Lecture, Question & Answer,<br>Group Discussion | **CLASSROOM REQUIREMENTS:**<br>Formal Classroom Seating |
| **METHOD OF EVALUATION:**<br>QUIZ | |

**STUDENT MATERIAL**:
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| | |
|---|---|
| **TRAINING AIDS, SUPPLIES, EQUIPMENT:**<br>Computer and Monitor, PowerPoint | **BIBLIOGRAPHY:**<br>Police Student Guide, Patrol Guide, NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 5935

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

### OPTIONAL EDP ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask,* **make sure it is emphasized that the EDP is alone inside the apartment.**

   - *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).

Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

DEF 5951



# LESSON PLAN COVER SHEET

| | |
|---|---|
| **COURSE:**<br>BASIC RECRUIT COURSE | **TRAINEE LEVEL:**<br>RECRUIT OFFICER |
| **LESSON:**<br>POLICING THE EMOTIONALLY DISTURBED | **TIME REQUIRED:**<br>APPROXIMATELY 9 HOURS |
| **PREPARED BY:** NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE PREPARED:**<br>AUGUST 2003 |
| **REVISED BY:** SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVISED:**<br>JANUARY 2013 |
| **REVIEWED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVIEWED:**<br>JULY 2013 |
| **APPROVED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE APPROVED:**<br>JULY 2013 |
| **TRAINING NEED:**<br>ENTRY LEVEL POLICE OFFICER TRAINING | |

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**LEARNING OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.     Explain what mental illness is.
II.    Recognizing Emotionally Disturbed Persons
III.   Explain the proper police handling of Emotionally Disturbed Persons
IV.   Identify the legal issues regarding mental illness
V.    Explain Life Net Referrals
VI.   Explain the Mobile Crisis Outreach Teams and Assertive Community Treatment Teams
VII.  Identify specific mental disorders
VIII. Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person.

| | |
|---|---|
| **METHOD OF PRESENTATION**<br>Lecture, Question & Answer, Group Discussion | **CLASSROOM REQUIREMENTS:**<br>Formal Classroom Seating |
| **METHOD OF EVALUATION:**<br>QUIZ | |

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| | |
|---|---|
| **TRAINING AIDS, SUPPLIES, EQUIPMENT:**<br>Computer and Monitor, PowerPoint | **BIBLIOGRAPHY:**<br>Police Student Guide, Patrol Guide, NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 6500

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

## OPTIONAL EDP ROLE PLAY

1) Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

   - *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

   - *If the recruit does not ask, **make sure it is emphasized that the EDP is alone inside the apartment.***

   - *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

   - ***Make sure EDP is not advancing toward officer** [important to emphasize this to the actor].*

- If handled properly, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled improperly the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

Note: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons (P.G. section 216-05).

**Instructor Cues:** Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

DEF 6516



# LESSON PLAN COVER SHEET

| | |
|---|---|
| **COURSE:** BASIC RECRUIT COURSE | **TRAINEE LEVEL:** RECRUIT OFFICER |
| **LESSON:** POLICING THE EMOTIONALLY DISTURBED | **TIME REQUIRED:** APPROXIMATELY 9 HOURS |
| **PREPARED BY:** NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE PREPARED:** AUGUST 2003 |
| **REVISED BY:** SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVISED:** FEBRUARY 2014 |
| **REVIEWED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVIEWED:** FEBRUARY 2014 |
| **APPROVED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE APPROVED:** FEBRUARY 2014 |
| **TRAINING NEED:** ENTRY LEVEL POLICE OFFICER TRAINING | |

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**LEARNING OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.    Explain what mental illness is.
II.   Recognizing Emotionally Disturbed Persons
III.  Explain the proper police handling of Emotionally Disturbed Persons
IV.   Identify the legal issues regarding mental illness
V.    Explain LifeNet Referrals
VI.   Explain the Mobile Crisis Outreach Teams and Assertive Community Treatment Teams
VII.  Identify specific mental disorders
VIII. Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person.

| | |
|---|---|
| **METHOD OF PRESENTATION** Lecture, Question & Answer, Group Discussion | **CLASSROOM REQUIREMENTS:** Formal Classroom Seating |
| **METHOD OF EVALUATION:** QUIZ | |
| **STUDENT MATERIAL:** Notebook And Pen, Student Guide, Patrol Guide, Penal Law | |
| **TRAINING AIDS, SUPPLIES, EQUIPMENT:** Computer and Monitor, PowerPoint | **BIBLIOGRAPHY:** Police Student Guide, Patrol Guide, NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 7067

| LESSON:  POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

P.G. 216 – 07          Firearm Safety Stations at Psychiatric Wards and
                                Admitting Areas

P.G. 216 – 17          Involuntary Removals Pursuant To Mental Hygiene
                                Law Section 9.60

P.G. 216 – 22          Mobile Crisis Outreach Teams and Assertive
                                Community Treatment Teams

### OPTIONAL EDP ROLE PLAY

1)    Responding to a radio call of a disturbance, police officer knocks on
       door [use classroom door to simulate] and is met by a man who
       states his son has a history of mental illness and is making
       threatening gestures with a knife.

- *Recruit should ask if there is anybody else inside the apartment.
  If the officer asks, indicate that the EDP is alone inside the
  apartment.*

- *If the recruit does not ask, **make sure it is emphasized that the
  EDP is alone inside the apartment.***

- *Inside the room have EDP on other side of room making
  threatening gestures with a knife [prop].*

- ***Make sure EDP is not advancing toward officer** [important to
  emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the
  apartment, close the door (thereby isolating and containing the EDP
  inside apartment) and call for the Patrol Supervisor and Emergency
  Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer
  approaches, have the EDP make an imminent threat with the knife.
  This should put the officer in a position where he/she is forced to
  shoot.  **Explain that the shooting would not have been necessary
  had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department
          guidelines regarding the handling of emotionally disturbed persons

**Instructor Cues:** Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

DEF 7083



# LESSON PLAN COVER SHEET

| | |
|---|---|
| **COURSE:** BASIC RECRUIT COURSE | **TRAINEE LEVEL:** RECRUIT OFFICER |
| **LESSON:** POLICING THE EMOTIONALLY DISTURBED | **TIME REQUIRED:** APPROXIMATELY 9 HOURS |
| **PREPARED BY:** NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE PREPARED:** AUGUST 2003 |
| **REVISED BY:** SGT AARON LAI, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVISED:** SEPTEMBER 2014 |
| **REVIEWED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE REVIEWED:** SEPTEMBER 2014 |
| **APPROVED BY:** LT CHRISTINE SEPPA, NEW YORK CITY POLICE ACADEMY, CURRICULUM AND EVALUATION UNIT | **DATE APPROVED:** SEPTEMBER 2014 |

**TRAINING NEED:**
ENTRY LEVEL POLICE OFFICER TRAINING

**INSTRUCTIONAL GOAL:**
At the end of this lesson the students will be familiar with the term Emotionally Disturbed Persons (EDP's) and how to deal with the emotionally disturbed.

**LEARNING OBJECTIVES:**

At the completion of this lesson the student will be able to:
I.    Explain what mental illness is.
II.   Recognizing Emotionally Disturbed Persons
III.  Explain the proper police handling of Emotionally Disturbed Persons
IV.  Identify the legal issues regarding mental illness
V.   Explain LifeNet Referrals
VI.  Explain the Mobile Crisis Outreach Teams and Assertive Community Treatment Teams
VII. Identify specific mental disorders
VIII. Properly prepare an Aided Report Worksheet for an Emotionally Disturbed Person.

| | |
|---|---|
| **METHOD OF PRESENTATION** Lecture, Question & Answer, Group Discussion | **CLASSROOM REQUIREMENTS:** Formal Classroom Seating |
| **METHOD OF EVALUATION:** QUIZ | |

**STUDENT MATERIAL:**
Notebook And Pen, Student Guide, Patrol Guide, Penal Law

| | |
|---|---|
| **TRAINING AIDS, SUPPLIES, EQUIPMENT:** Computer and Monitor, PowerPoint | **BIBLIOGRAPHY:** Police Student Guide, Patrol Guide, NYS Penal Law |

*CITY OF NEW YORK POLICE DEPARTMENT*

DEF 7635

| LESSON: POLICING THE EMOTIONALLY DISTURBED | INSTRUCTOR CUES: |
|---|---|

P.G. 216 – 17    Involuntary Removals Pursuant To Mental Hygiene Law Section 9.60

P.G. 216 – 22    Mobile Crisis Outreach Teams and Assertive Community Treatment Teams

### OPTIONAL EDP ROLE PLAY

1)    Responding to a radio call of a disturbance, police officer knocks on door [use classroom door to simulate] and is met by a man who states his son has a history of mental illness and is making threatening gestures with a knife.

- *Recruit should ask if there is anybody else inside the apartment. If the officer asks, indicate that the EDP is alone inside the apartment.*

- *If the recruit does not ask,* ***make sure it is emphasized that the EDP is alone inside the apartment.***

- *Inside the room have EDP on other side of room making threatening gestures with a knife [prop].*

- ***Make sure EDP is not advancing toward officer*** *[important to emphasize this to the actor].*

- If handled <u>properly</u>, the officer will have the complainant exit the apartment, close the door (thereby isolating and containing the EDP inside apartment) and call for the Patrol Supervisor and Emergency Services.

- If handled <u>improperly</u> the officer will approach the EPD. If the officer approaches, have the EDP make an imminent threat with the knife. This should put the officer in a position where he/she is forced to shoot. **Explain that the shooting would not have been necessary had the officer followed Department guidelines.**

<u>Note</u>: Regardless of how the officer reacts, review the Department guidelines regarding the handling of emotionally disturbed persons

Instructors may choose to utilize the optional role-play in class to determine the recruit's knowledge of the lesson.

DEF 7651