# EXHIBIT 37



# NEW YORK CITY POLICE DEPARTMENT

NEW YORK CITY POLICE ACADEMY
130-30 28TH AVENUE
COLLEGE POINT, NY 11354

**Student:** CARTER, HAROLD
**Tax ID #:** 905914

**Date of Appointment:**
**DOB:** 10/29/1957

| Course Name | C.C.R.S Credit | Grade | Date |
|---|---|---|---|
| **Recruit Academic Program (Formerly Student Officer Training Program)** | | | |
| Community Relations for Police Officers | 3.00 | P | 02/28/1994 |
| Criminal Investigation (Police Science-Criminal Investigation) - Version 4 | 4.00 | P | 02/28/1994 |
| Criminal Law | 4.00 | P | 02/28/1994 |
| Field Training Program Retired Courses | 3.00 | P | 02/28/1994 |

Community Relations for Police Officers: Exploration of the manifestations and proposed solutions for non crime-related problems that the police service is called upon to resolve. Discussion of children, adolescents and the problem of juvenile delinquency, and the elderly. Intergroup relations, communications theory, and interviewing. Crisis intervention and conflict management. Victimology. An overview of community resources. Treatment of geographical structures and ethnic communities in New York City. Bias - prejudice. Suicide. Non-custody emotionally disturbed persons. Values in policing. Equal employment opportunity under Title VII Law. Sexual harassment. The gay and lesbian community.

Criminal Investigation: Version 1: General principles of investigation, with suggested procedures for specific types of law violators. Reporting procedures necessary for statistical studies and specialist follow-up. Aspects of crime prevention as they relate to the police officer's role. Version 2 - 4: Responding to calls. Preliminary investigations. Investigation of complaints, aided cases, accident cases. Developing and handling physical evidence. Safeguarding and continuity of physical evidence/property. Investigation of corruption and civilian complaints.

Criminal Law: Comprehensive analysis of criminal law and procedures. Methods of interpretation of criminal statutes. Statutory definitions of crime. Study of case law related to criminal statutes and applications to specific situations. Emphasis is on the underlying framework of criminal law. Treatment of the progression of the use of force.

Field Training Program Retired Courses: Upon graduating from the Police Academy, probationary police officers are assigned to Precinct Field Training Units. Under the direction of a field training sergeant and other ranking officers with whom the probationary officer completes foot patrols and radio motor patrol tours, they are shown the manner in which to respond to serious emergencies, crimes in progress, tactical confrontations, and crowd control. The probationary police officers are also thoroughly briefed and re-instructed on Department policies and procedures. Monthly field training evaluations are prepared by training supervisors on each student. The final evaluation (by the field training sergeant) and certification as a police officer takes place at the end of the probationary period.



EXHIBIT
tabbies'
Tobin 6
ME 8/8/19

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

| Student: | CARTER, HAROLD | | Date of Appointment: | 02/28/1994 | |
|---|---|---|---|---|---|
| Tax ID #: | 905914 | | DOB: | | |

| Course Name | C.C.R.S Credit | Grade | Date |
|---|---|---|---|
| Introduction to Law | 4.00 | P | 02/28/1994 |

The nature of law in contemporary society. Study of the U.S. Constitution with emphasis on the Bill of Rights and the Fourteenth Amendment. Constitutional rights of the accused. The police officer and the judicial process. Application of legal concepts (probable cause, stop and frisk). Court testimony. The progression of the use of force.

| | | | |
|---|---|---|---|
| Introduction to Law Enforcement - Police Science | 4.00 | P | 02/28/1994 |

Role of law enforcement and the individual police officer's participation. Departmental structure, policy, and rationale of each. Individual member's internal and external relationships and functions. Purposes and operations of police patrol. Skills, techniques, resources, and statutes with which the officer must be familiar. Policies and practices of the New York City Police Department. Organization and rank order. Sick and excusal procedures. Discipline. Patrol - organization, function, conditions. Report writing. Police emergencies. Communications. Motor vehicle and traffic regulations. Summons procedures. Environmental Control Board summons. Arrest procedures. Custody of children. Policies concerning prisoners. Police tactics and fingerprinting. Community policing. Juveniles.

| | | | |
|---|---|---|---|
| Introduction to Social Psychology | 4.00 | P | 02/28/1994 |

Personality development - socialization, attitudes, perception. Myths. Police cynicism. Institutions and secrecy. Stress. Understanding human behavior. Crisis intervention. Death as a crisis. Victimology. Police intervention. Child abuse. Spouse abuse. Juvenile delinquency. Youths and adolescents. Individual disputes. Crowd behavior. Bias, prejudice, suicide. Non-custody emotionally disturbed persons. Community policing. Cultural awareness, including an overview of the history of immigration to New York City, the process of assimilation, contributions of various ethnic groups. Member of the service involved in domestic situations.

| | | | |
|---|---|---|---|
| Physical Education - Versions 2 - 5 Part 1: Foundations of Physical Fitness | 1.00 | P | 02/28/1994 |

Survey of physiological, psychological, and sociological aspects of physical fitness. Neuromuscular skill and biomechanics, scientific approach toward assessing entry level overall physical fitness, and methods of improving and maintaining physical fitness. Role of physical conditioning, nutrition, and basic health habits.

| | | | |
|---|---|---|---|
| Physical Education - Versions 2 - 5 Part 2: Defensive Tactics | 1.00 | P | 02/28/1994 |

Theory, skills, and practice of judo, karate, and techniques from selected martial arts including basic blows, throws, blocks and defenses. Application of these skills to combative situations. Defense skills necessary to protect oneself when securing an arrest and confinement also stressed. Version 3 or 4, Part 2 - All topics in Version 2, in addition, unarmed self-defense (sparring).

| | | | |
|---|---|---|---|
| Physical Education - Versions 2 - 5 Part 3: American Heart Association Basic Life Support | 1.00 | P | 02/28/1994 |

Land-based water rescue - safety procedures and use of flotation devices and safety aids. Principles of safety. Theory and practice of first aid procedures in emergency situations (shock, wounds, heart attacks, strokes) and extrications in dangerous situations. Instruction in basic skills of cardio-pulmonary resuscitation. American Red Cross certifications in First Aid and Safety, and in Cardiopulmonary Resuscitation are issued. Version 4, Part 3 - All topics in Version 3, in addition, use of automatic external defibrillators.

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

| Student: | CARTER, HAROLD | | Date of Appointment: | 02/28/1994 |
|---|---|---|---|---|
| Tax ID #: | 905914 | | DOB: | |

| Course Name | C.C.R.S Credit | Grade | Date |
|---|---|---|---|
| **In-Service Training** | | | |
| Criminal Investigators Course | 3.00 | P | 02/22/2013 |

The Criminal Investigation Course is two weeks that covers all the facets of professional Investigation. This course presents cutting edge techniques and skills necessary to both the novice and seasoned investigator through lectures by C.I.C. faculty members, all considered to be experts in their respective field.

**Total Credits:** 32.00

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

Generated on 05/15/2018 16:17

Page 3 of 5

DEF 12402

Student: CARTER, HAROLD  
Tax ID #: 905914  

Date of Appointment: 02/28/1994  
DOB: 

## CERTIFICATIONS

| Certification Name | Certified | Date Effective |
|---|---|---|

### Department Training

**20K Training Initiative - Physical Tactics** — YES — 04/26/2016
- 20K Training Initiative - Physical Tactics

**Detective Bureau Professional Development Seminar** — YES — 03/24/2016
- This course is an annual or bi-annual in service training for members of the Detective Bureau. It covers a wide range of operational and legal topics applicable to Detective Bureau personnel.

**Force Policy Revision-Pamphlet - PG 221 - Unit Training December 2015** — YES — 09/24/2016
- This course represents the citywide Department training of MOS by command level Training Sergeants on the Department's new use of force policy - directed at the November 2015 Command Level Training Conference, to include the distribution of a training pamphlet announcing relevant revisions

**Property Evidence Tracking System** — YES — 10/25/2010
- The Property Evidence Tracking System (P.E.T.S.) is a web-based computer application used to electronically document and trace the location of items vouchered by the N.Y.P.D.

**Public Contact and Consent to Search (Right to Know) - Unit Training August 2016** — YES — 09/09/2016
- In October of 2016, as a result of an agreement with the New York City Council, the Department will implement several new procedures related to how UMOS obtain consent to conduct a search and how they identify themselves to the public, to include revisions to the CONSENT TO SEARCH (PD541-030) form and the CONTACT CARD (PD142-011) that contains all relevant identification information.

**Windows Phone Training and Distribution** — YES — 11/06/2015
- A daily list of those who were given department cell phones.

### Department Training Video

**Force Policy Revision-Video-PG 221-Unit Training May 2016** — YES — 09/08/2016
- This video explains the Departments newly revised use of force policy and related procedures.

**Investigative Encounters-Video #1 Request for Info-Unit Training Feb 2016** — YES — 09/08/2016
- Unit Training February 2016 - Investigative Encounters Video 1 on Level 1 Request for Information. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officers authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

Student: CARTER, HAROLD  
Tax ID #: 905914

Date of Appointment: 02/28/1994  
DOB:

## CERTIFICATIONS

| Certification Name | Certified | Date Effective |
|---|---|---|
| Investigative Encounters-Video #2 Common Law Right of Inquiry-Unit Training May 2016 | YES | 09/08/2016 |

Unit Training MAY 2016 – Investigative Encounters Video #2 on Level 2 Common Law Right of Inquiry. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officer's authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.

| Investigative Encounters-Video #3 Terry Stops and Reasonable Suspicion-Unit Training June 2016 | YES | 09/08/2016 |

Unit Training JUNE 2016 – Investigative Encounters Video #3 on Level 3 Terry Stops and Reasonable Suspicion. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officer's authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.

| Investigative Encounters-Video #4 Documentation and Supervision-Unit Training July 2016 | YES | 09/08/2016 |

Unit Training JULY 2016- Investigative Encounters Video #4 on Documentation and Supervision. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officer's authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.

### Department Vehicle Qualifications

| 12 Passenger Van / Utility Vehicle Qualification | YES | 02/28/1994 |

Instruction for UMOS on operating twelve passenger Department vans / 4X4 vehicles / 2500 series sprinter van with emphasis on vehicle size / center of gravity, safe turns and reversing.

APPROVED  
MAY 16 2018  
*[signature]* for  
Chief of Personnel  
N.Y.P.D.

William T. Morris  
Chief of Personnel

This form is not official without the seal of the New York City Police Academy. This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College Credit Recommendation Service (National CCRS)



DEF 12405



# NEW YORK CITY POLICE DEPARTMENT

NEW YORK CITY POLICE ACADEMY
130-30 28TH AVENUE
COLLEGE POINT, NY 11354

Student: MATIAS, VICENTE  
Tax ID #: 901930

Date of Appointment: 06/30/1992  
DOB:

| Course Name | C.C.R.S Credit | Grade | Date |
|---|---|---|---|
| **Recruit Academic Program (Formerly Student Officer Training Program)** | | | |
| Community Relations for Police Officers | 3.00 | P | 06/30/1992 |

Exploration of the manifestations and proposed solutions for non crime-related problems that the police service is called upon to resolve. Discussion of children, adolescents and the problem of juvenile delinquency, and the elderly. Intergroup relations, communications theory, and interviewing. Crisis intervention and conflict management. Victimology. An overview of community resources. Treatment of geographical structures and ethnic communities in New York City. Bias - prejudice. Suicide. Non-custody emotionally disturbed persons. Values in policing. Equal employment opportunity under Title VII Law. Sexual harassment. The gay and lesbian community.

| | | | |
|---|---|---|---|
| Criminal Investigation (Police Science-Criminal Investigation) - Version 1 - 3 | 3.00 | P | 06/30/1992 |

Version 1: General principles of investigation, with suggested procedures for specific types of law violators. Reporting procedures necessary for statistical studies and specialist follow-up. Aspects of crime prevention as they relate to the police officer's role. Version 2 - 4: Responding to calls. Preliminary investigations. Investigation of complaints, aided cases, accident cases. Developing and handling physical evidence. Safeguarding and continuity of physical evidence/property. Investigation of corruption and civilian complaints.

| | | | |
|---|---|---|---|
| Criminal Law | 4.00 | P | 06/30/1992 |

Comprehensive analysis of criminal law and procedures. Methods of interpretation of criminal statutes. Statutory definitions of crime. Study of case law related to criminal statutes and applications to specific situations. Emphasis is on the underlying framework of criminal law. Treatment of the progression of the use of force.

| | | | |
|---|---|---|---|
| Field Training Program Retired Courses | 3.00 | P | 06/30/1992 |

Upon graduating from the Police Academy, probationary police officers are assigned to Precinct Field Training Units. Under the direction of a field training sergeant and other ranking officers with whom the probationary officer completes foot patrols and radio motor patrol tours, they are shown the manner in which to respond to serious emergencies, crimes in progress, tactical confrontations, and crowd control. The probationary police officers are also thoroughly briefed and re-instructed on Department policies and procedures. Monthly field training evaluations are prepared by training supervisors on each student. The final evaluation (by the field training sergeant) and certification as a police officer takes place at the end of the probationary period.

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

| Student: | MATIAS, VICENTE | Date of Appointment: 06/30/1992 |
|---|---|---|
| Tax ID #: | 901930 | DOB: |

| Course Name | C.C.R.S Credit | Grade | Date |
|---|---|---|---|
| Introduction to Law | 4.00 | P | 06/30/1992 |

The nature of law in contemporary society. Study of the U.S. Constitution with emphasis on the Bill of Rights and the Fourteenth Amendment. Constitutional rights of the accused. The police officer and the judicial process. Application of legal concepts (probable cause, stop and frisk). Court testimony. The progression of the use of force.

| | | | |
|---|---|---|---|
| Introduction to Law Enforcement - Police Science | 4.00 | P | 06/30/1992 |

Role of law enforcement and the individual police officer's participation. Departmental structure, policy, and rationale of each. Individual member's internal and external relationships and functions. Purposes and operations of police patrol. Skills, techniques, resources, and statutes with which the officer must be familiar. Policies and practices of the New York City Police Department. Organization and rank order. Sick and excusal procedures. Discipline. Patrol - organization, function, conditions. Report writing. Police emergencies. Communications. Motor vehicle and traffic regulations. Summons procedures. Environmental Control Board summons. Arrest procedures. Custody of children. Policies concerning prisoners. Police tactics and fingerprinting. Community policing. Juveniles.

| | | | |
|---|---|---|---|
| Introduction to Social Psychology | 4.00 | P | 06/30/1992 |

Personality development - socialization, attitudes, perception. Myths. Police cynicism. Institutions and secrecy. Stress. Understanding human behavior. Crisis intervention. Death as a crisis. Victimology. Police intervention. Child abuse. Spouse abuse. Juvenile delinquency. Youths and adolescents. Individual disputes. Crowd behavior. Bias, prejudice, suicide. Non-custody emotionally disturbed persons. Community policing. Cultural awareness, including an overview of the history of immigration to New York City, the process of assimilation, contributions of various ethnic groups. Member of the service involved in domestic situations.

| | | | |
|---|---|---|---|
| Physical Education - Versions 2 - 5 Part 1: Foundations of Physical Fitness | 1.00 | P | 06/30/1992 |

Survey of physiological, psychological, and sociological aspects of physical fitness. Neuromuscular skill and biomechanics, scientific approach toward assessing entry level overall physical fitness, and methods of improving and maintaining physical fitness. Role of physical conditioning, nutrition, and basic health habits.

| | | | |
|---|---|---|---|
| Physical Education - Versions 2 - 5 Part 2: Defensive Tactics | 1.00 | P | 06/30/1992 |

Theory, skills, and practice of judo, karate, and techniques from selected martial arts including basic blows, throws, blocks and defenses. Application of these skills to combative situations. Defense skills necessary to protect oneself when securing an arrest and confinement also stressed. Version 3 or 4, Part 2 - All topics in Version 2, in addition, unarmed self-defense (sparring).

| | | | |
|---|---|---|---|
| Physical Education - Versions 2 - 5 Part 3: American Heart Association Basic Life Support | 1.00 | P | 06/30/1992 |

Land-based water rescue - safety procedures and use of flotation devices and safety aids. Principles of safety. Theory and practice of first aid procedures in emergency situations (shock, wounds, heart attacks, strokes) and extrications in dangerous situations. Instruction in basic skills of cardio-pulmonary resuscitation. American Red Cross certifications in First Aid and Safety, and in Cardiopulmonary Resuscitation are issued. Version 4, Part 3 - All topics in Version 3, in addition, use of automatic external defibrillators.

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

| Student: | MATIAS, VICENTE | | Date of Appointment: | 06/30/1992 | |
| --- | --- | --- | --- | --- | --- |
| Tax ID #: | 901930 | | | DOB: | |

| Course Name | C.C.R.S Credit | Grade | Date |
| --- | --- | --- | --- |
| **In-Service Training** | | | |
| Detective Bureau Homicide Investigators Course | 3.00 | P | 06/12/2009 |
| Introduction to various homicide investigative techniques, case studies and support units available. | | | |
| **Total Credits:** | 31.00 | | |

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

Student: MATIAS, VICENTE  
Tax ID #: 901930  

Date of Appointment: 06/30/1992  
DOB:  

## CERTIFICATIONS

| Certification Name | Certified | Date Effective |
|---|---|---|
| **Department Training** | | |
| 20K Training Initiative - Physical Tactics | YES | 07/01/2016 |
|    20K Training Initiative - Physical Tactics | | |
| Detective Bureau Professional Development Seminar | YES | 11/22/2016 |
|    This course is an annual or bi-annual in service training for members of the Detective Bureau. It covers a wide range of operational and legal topics applicable to Detective Bureau personnel. | | |
| — Dignitary Protection Course | YES | 04/26/2004 |
|    The course defines the theory of protection and the officer's role in the protection of dignitaries and other public figures. It examines motorcade and protection formations and how to assess site and target hardening. The course is presented through lectures, PowerPoint presentations and scenario role plays. | | |
| — Expandable Baton Course | YES | 10/19/1999 |
|    One day course designed to certify UMOS in the use of the expandable baton. The course is intended to push students to their individual limits and culminates in a mock fight with an instructor. | | |
| — Flying While Armed | YES | 11/22/2016 |
|    Flying While Armed | | |
| Force Policy Revision-Pamphlet - PG 221 - Unit Training December 2015 | YES | 03/03/2016 |
|    This course represents the citywide Department training of MOS by command level Training Sergeants on the Department's new use of force policy - directed at the November 2015 Command Level Training Conference, to include the distribution of a training pamphlet announcing relevant revisions | | |
| Property Evidence Tracking System | YES | 10/22/2010 |
|    The Property Evidence Tracking System (P.E.T.S.) is a web-based computer application used to electronically document and trace the location of items vouchered by the N.Y.P.D. | | |
| Public Contact and Consent to Search (Right to Know) - Unit Training August 2016 | YES | 09/06/2016 |
|    In October of 2016, as a result of an agreement with the New York City Council, the Department will implement several new procedures related to how UMOS obtain consent to conduct a search and how they identify themselves to the public, to include revisions to the CONSENT TO SEARCH (PD541-030) form and the CONTACT CARD (PD142-011) that contains all relevant identification information. | | |
| Windows Phone Training and Distribution | YES | 11/05/2015 |
|    A daily list of those who were given department cell phones. | | |

*Official Transcript*

This form is not official without the seal of the New York City Police Academy.  
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College  
Credit Recommendation Service (National CCRS)

Student: MATIAS, VICENTE  
Tax ID #: 901930  
Date of Appointment: 06/30/1992  
DOB:

## CERTIFICATIONS

| Certification Name | Certified | Date Effective |
|---|---|---|
| **Department Training Video** | | |
| Force Policy Revision-Video-PG 221-Unit Training May 2016 | YES | 08/31/2016 |
| *This video explains the Departments newly revised use of force policy and related procedures.* | | |
| Investigative Encounters-Video #1 Request for Info-Unit Training Feb 2016 | YES | 09/06/2016 |
| *Unit Training February 2016 - Investigative Encounters Video 1 on Level 1 Request for Information. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officers authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.* | | |
| Investigative Encounters-Video #2 Common Law Right of Inquiry-Unit Training May 2016 | YES | 09/06/2016 |
| *Unit Training MAY 2016 – Investigative Encounters Video #2 on Level 2 Common Law Right of Inquiry. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officer's authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.* | | |
| Investigative Encounters-Video #3 Terry Stops and Reasonable Suspicion-Unit Training June 2016 | YES | 09/06/2016 |
| *Unit Training JUNE 2016 – Investigative Encounters Video #3 on Level 3 Terry Stops and Reasonable Suspicion. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officer's authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.* | | |
| Investigative Encounters-Video #4 Documentation and Supervision-Unit Training July 2016 | YES | 09/06/2016 |
| *Unit Training JULY 2016- Investigative Encounters Video #4 on Documentation and Supervision. This training video series describes the types of encounters a uniformed member of the service may initiate with a member of the public during the course of his or her official duties, the level of knowledge required for each type of encounter, the scope of a police officer's authority for each type of encounter, the measures that are permissible to protect uniformed members of the service from injury while engaged in such encounters, and the procedures to be followed by a member of the service during these encounters.* | | |

This form is not official without the seal of the New York City Police Academy.
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College
Credit Recommendation Service (National CCRS)

Student: MATIAS, VICENTE  
Tax ID #: 901930  

Date of Appointment: 06/30/1992  
DOB:

## CERTIFICATIONS

| Certification Name | Certified | Date Effective |
|---|---|---|
| **− Department Vehicle Qualifications** | | |
| Collision Retraining | YES | 04/19/2013 |

Defensive driving techniques, emergency response and related dynamics. Students learn to evaluate types of accidents and ways to reduce them. RMP specific re-training

| | | |
|---|---|---|
| Recruit RMP Qualification / RMP Operator Qualified | YES | N/A |

This course provides recruits with defensive driving techniques, emergency vehicle response, related legal aspects, vehicle dynamics and RMP maintenance.

APPROVED  
MAY 16 2018  
*[signature]* for  
Chief of Personnel  
N.Y.P.D.  
William T. Morris  
Chief of Personnel

This form is not official without the seal of the New York City Police Academy.  
This transcript is for recruit officers who attended the Police Academy before July 2003

All credit recommendation approved by National College  
Credit Recommendation Service (National CCRS)