# EXHIBIT 42



**NYPD**
Force Investigation Division

**JOSEPH SANTIAGO**
Sergeant
Tactical Review Team Supervisor

235 East 20th Street, Rm. 828
New York, NY 10003
(718) 312-4410

# CERTIFICATION

August 29, 2018

**CASE OF:** ███████████████

versus

**CITY OF NEW YORK, ET AL.**

This is to certify that the enclosed copy of:

Force Investigation Division Zone #1 Case File #2015-01
Force Investigation Division Zone #1 Case File #2015-09
Force Investigation Division Zone #1 Case File #2015-13
Force Investigation Division Zone #1 Case File #2015-23
Force Investigation Division Zone #2 Case File #2015-11
Force Investigation Division Zone #1 Case File #2016-04
Force Investigation Division Zone #1 Case File #2016-09
Force Investigation Division Zone #1 Case File #2016-35
Force Investigation Division Zone #1 Case File #2017-30
Force Investigation Division Zone #2 Case File #2016-19
Force Investigation Division Zone #2 Case File #2016-20
Force Investigation Division Zone #1 Case File #2017-13
Force Investigation Division Zone #1 Case File #2017-18
Force Investigation Division Zone #1 Case File #2017-24
Force Investigation Division Zone #1 Case File #2017-28
Force Investigation Division Zone #2 Case File #2017-06
Force Investigation Division Zone #2 Case File #2017-24
Force Investigation Division Zone #2 Case File #2017-29

is a true and complete copy of the aforementioned cases in the custody of the Police Department of the City of New York, which includes true and accurate copies of the final case closings. This file and the records contained therein were made at or near the time by, or from information transmitted by, someone with knowledge of the recorded incident; these records have been kept in the regular course of the NYPD's business; making and maintaining these records is in the regular practice of the NYPD's activities; and the custodian affirming the preceding statement is knowledgeable about the record-keeping practices of the NYPD.

Respectfully,

*[signature]*

Joseph Santiago
Sergeant
Force Investigation Division

# Legal Bureau FID Closed Case Request Contents

## 2015 (5)

- Zone 1 Case 1 EDP
- Zone 1 Case 9 EDP Jumper
- Zone 1 Case 13 EDP Jumper
- Zone 1 Case 23 EDP Stabbing
- Zone 2 Case 11 EDP Jumper

## 2016 (5)

- Zone 1 Case 4 EDP OIS
- Zone 1 Case 9 EDP
- Zone 1 Case 35 EDP
- Zone 2 Case 19 EDP Jumper
- Zone 2 Case 20 EDP

## 2017 (7)

- Zone 1 Case 13 EDP
- Zone 1 Case 18 EDP Jumper
- Zone 1 Case 24 EDP Jumper
- Zone 1 Case 28 EDP OIS (Body Worn Camera)
- Zone 1 Case 30 EDP OIS (Body Worn Camera)
- Zone 2 Case 6 DIC-BREACH
- Zone 2 Case 24 EDP Jumper
- Zone 2 Case 29 EDP DIC