UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dorrelien Felix, *et al.*,

        Plaintiffs,

    –v–

City of New York, *et al.*,

        Defendants.

16-cv-5845 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold the upcoming pretrial conference by AT&T teleconference. The parties and members of the public may access the proceeding on October 30, 2020, at 3:15 p.m. by dialing (888) 363-4749 and entering access code 9196964.

    SO ORDERED.

Dated: October 29, 2020
       New York, New York

                          ALISON J. NATHAN
                          United States District Judge