# BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
9000.080

WRITER'S DIRECT DIAL:
212-277-5875
ldroubi@blhny.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

April 6, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:  *Felix et al. v. City of New York et al.*, 16-cv-5845 (AJN)

Dear Judge Nathan:                                              SO ORDERED.

We represent the Plaintiffs in the above referenced case. We write with Defendants' consent in response to the Court's February 11, 2021 Order, Dkt. No. 159, to seek a 60-day extension of the deadlines set forth in the Order, or until June 11, 2021. The reason for this request is that Plaintiffs are in the process of filing a petition with the Surrogate's Court to obtain the Surrogate Court's approval of the settlement. By way of background, Plaintiffs have a draft petition and, on March 11, 2021, Plaintiffs sought a waiver from the New York State Department of Taxation and Finance, a prerequisite for filing a petition. However, Plaintiffs have not yet received this waiver, though we anticipate obtaining it imminently. The additional 60 days will allow Plaintiffs to file the petition with the Surrogate's Court and, upon obtaining approval, allow the Parties to execute a settlement agreement and file a stipulation of dismissal for this Court to so order. This is the first request for an extension.

We appreciate the Court's attention to this

*[signature]*  4/8/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

cc:   All Counsel (via ECF)