# BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
9000.080

WRITER'S DIRECT DIAL:
212-277-5875
ldroubi@blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2021

June 10, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Felix et al. v. City of New York et al.*, 16-cv-5845 (AJN)

Dear Judge Nathan:                                                         SO ORDERED.

We represent the Plaintiffs in the above referenced case. We write in response to the Court's February 11, 2021 Order, Dkt. No. 159, and April 8, 2021 Order, Dkt. No. 161, to seek a final 30-day of the deadlines set forth in the February 11 Order, or until July 11, 2021. Today, June 10, 2021, Plaintiff received a Decree from the Surrogate's Court approving the settlement of this matter. The Parties can now exchange and finalize settlement paperwork. We anticipate filing a stipulation of dismissal shortly. Plaintiff was unable to obtain the consent of Defendants given that the Law Department has continued to have issues with accessing their computer system. This is the second request for an extension.

We appreciate the Court's attention to this matter.

cc: All Counsel (via ECF)

SO ORDERED.
6/11/2021
ALISON J. NATHAN, U.S.D.J.